**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Louisa F. Correa** |
| | First Name          Middle Name                    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name                    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number | **19-31542** |
| (if known) | |

☑ Check if this is an amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders
12/15

**If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.**

**Part 1:    List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.**

| | | Unsecured claim |
|---|---|---|

**1**

**AFS/AmeriFinancial Solutions, LLC.**
**Attn: President / Vice President / C.E.O**
**/ Responsible Agent**
**Po Box 65018**
**Baltimore, MD 21264**

_____
Contact
_____
Contact phone

**What is the nature of the claim?**    Collection Attorney Valley Emergency Room Assoc Pa    $ **$118.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
       Value of security:              - $ _____
       Unsecured claim              $ _____

**2**

**American Express**
**Travel Related Services Company, Inc.**
**PO Box 53773**
**Phoenix, AZ 85072**

_____
Contact

**What is the nature of the claim?**    Credit card purchases    $ **$27,371.44**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1 **Louisa F. Correa**      Case number *(if known)* **19-31542**

☐

Value of security: - $ _____

Unsecured claim $ _____

Contact phone

---

| 3 | | | | |
|---|---|---|---|---|

**Amex**
**Attn: President / Vice President /**
**C.E.O**
**/ Responsible Agent /**
**Bankruptcy**
**Po Box 981540**
**El Paso, TX 79998**

What is the nature of the claim?  **Credit Card**  $ **$43,419.00**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured) $ _____

Value of security: - $ _____

Unsecured claim $ _____

Contact

Contact phone

---

| 4 | | | | |
|---|---|---|---|---|

**Aronsohn Weiner & Slerno**
**263 Main Street**
**Hackensack, NJ 07601**

What is the nature of the claim?  **Contract**  $ **$4,753.98**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured) $ _____

Value of security: - $ _____

Unsecured claim $ _____

Contact

Contact phone

---

| 5 | | | | |
|---|---|---|---|---|

**Capital One/Neiman**
**Marcus/Bergdorf Goodm**
**Attn: President / Vice President /**
**C.E.O**
**/ Responsible Agent /**
**Bankruptcy Dept**
**Po Box 30285**
**Salt Lake City, UT 84130**

What is the nature of the claim?  **Charge Account**  $ **$6,689.00**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured) $ _____

Value of security: - $ _____

Unsecured claim $ _____

Contact

Contact phone

---

| 6 | | | | |
|---|---|---|---|---|

**Citibank/The Home Depot**
**Attn: President / Vice President /**
**C.E.O**
**/ Responsible Agent /**
**Bankruptcy**

What is the nature of the claim?  **Charge Account**  $ **$84.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    

| Debtor 1 | **Louisa F. Correa** | | Case number *(if known)* | **19-31542** |

**Po Box 790034**
**St Louis, MO 63179**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
    Value of security:    - $ _____
    Unsecured claim    $ _____

Contact

Contact phone

---

**7**    **Dsnb Bloomingdales**
**Attn: President / Vice President /**
**C.E.O**
**/ Responsible Agent /**
**Bankruptcy**
**Po Box 9111**
**Mason, OH 45040**

What is the nature of the claim?    **Charge Account**    $ **$0.00**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
    Value of security:    - $ _____
    Unsecured claim    $ _____

Contact

Contact phone

---

**8**

**Harry Steinmetz**
**188 East 78th St.**
**Apt. 24 B**
**New York, NY 10075**

What is the nature of the claim?    **372 Forest Ave**    $ **$652,884.07**
**Paramus, NJ 07652**
**Bergen County**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
■ Yes. Total claim (secured and unsecured)    $ **$652,884.07**
    Value of security:    - $ **$1,100,000.00**
    Unsecured claim    $ **$652,884.07**

Contact

Contact phone

---

**9**    **Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101**

What is the nature of the claim?    $ **$48,709.70**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 3

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Louisa F. Correa** | | Case number *(if known)* | **19-31542** |
|---|---|---|---|---|

Contact

Contact phone

☐ Yes. Total claim (secured and unsecured)  $ _____
Value of security: - $ _____
Unsecured claim  $ _____

---

**10**

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101**

What is the nature of the claim?    **Tax**    $ **$20,629.32**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)  $ _____

Contact

Value of security: - $ _____

Contact phone

Unsecured claim  $ _____

---

**11**

**Navient**
**Attn: President / Vice President /**
**C.E.O**
**/ Responsible Agent /**
**Bankruptcy**
**Po Box 9640**
**Wilkes-Barre, PA 18773**

What is the nature of the claim?    **Educational**    $ **$50,482.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)  $ _____

Contact

Value of security: - $ _____

Contact phone

Unsecured claim  $ _____

---

**12**

**Navient**
**Attn: President / Vice President /**
**C.E.O**
**/ Responsible Agent /**
**Bankruptcy**
**Po Box 9640**
**Wilkes-Barre, PA 18773**

What is the nature of the claim?    **Educational**    $ **$21,202.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)  $ _____

Contact

Value of security: - $ _____

Contact phone

Unsecured claim  $ _____

---

**13**

**Navient**
**Attn: President / Vice President /**
**C.E.O**
**/ Responsible Agent /**
**Bankruptcy**

What is the nature of the claim?    **Educational**    $ **$19,194.00**

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 4

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Louisa F. Correa** | Case number *(if known)* | **19-31542** |

**Po Box 9640**
**Wilkes-Barre, PA 18773**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)    $ _____
    Value of security:    - $ _____
    Unsecured claim    $ _____

Contact

Contact phone

---

**14**

**Ollo Card Services**
**Attn: President / C.E.O. /**
**Responsible**
**Agent**
**P.O. Box 660371**

**What is the nature of the claim?** _____    $ **3,842.24**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)    $ _____
    Value of security:    - $ _____
    Unsecured claim    $ _____

Contact

Contact phone

---

**15**

**State of New Jersey**
**Commissioner**
**NJ Department of Banking and**
**Insurance**
**20 W. State Street**
**Trenton, NJ 08625**

**What is the nature of the claim?** _____    $ **65,000.00**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
☒ Yes. Total claim (secured and unsecured)    $ **65,000.00**
    Value of security:    - $ **0.00**
    Unsecured claim    $ **65,000.00**

Contact

Contact phone

---

**16**

**Verizon by American InfoSource**
**4515 Santa Fe Ave**
**Oklahoma City, OK 73118**

**What is the nature of the claim?** **Services**    $ **370.48**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)    $ _____
    Value of security:    - $ _____

Contact

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 5

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Louisa F. Correa** | Case number *(if known)* | **19-31542** |
|---|---|---|---|

| | Contact phone | Unsecured claim | $ |
|---|---|---|---|

---

<span style="background:black;color:white">Part 2:</span>    **Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X  **/s/ Louisa F. Correa**                          X
    **Louisa F. Correa**                                  Signature of Debtor 2
    Signature of Debtor 1


Date  **February 25, 2020**                          Date

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Louisa F. Correa** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number | **19-31542** |
| (if known) | |

☑ Check if this is an amended filing

## Official Form 106Sum
### Summary of Your Assets and Liabilities and Certain Statistical Information       12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

| | **Your assets**<br>Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from Schedule A/B............................................................ | $   1,114,000.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B........................................................ | $   75,222.00 |
| 1c. Copy line 63, Total of all property on Schedule A/B................................................................. | $   1,189,222.00 |

**Part 2:    Summarize Your Liabilities**

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $   1,792,728.86 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... | $   48,709.70 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $   198,155.46 |
| **Your total liabilities** | $   2,039,594.02 |

**Part 3:    Summarize Your Income and Expenses**

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*................................................................. | $   16,558.96 |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*........................................................... | $   15,651.87 |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1   **Louisa F. Correa**                                    Case number *(if known)*  **19-31542**

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.                         $ _____ **6,000.00**

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ 48,709.70 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ _____ 90,878.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ 0.00 |
| | |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ 139,587.70 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Louisa F. Correa** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number | **19-31542** |
| (if known) | |

☑ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | Amount of claim | Value of collateral | Unsecured |
| | | Do not deduct the value of collateral. | that supports this claim | portion If any |

| 2.1 | **Bayview Financial Loan** | | $865,140.75 | $1,100,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Attn: President / Vice President / C.E.O / Responsible Agent 4425 Ponce De Leon Blvd. 5th Floor Coral Gables, FL 33146**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**372 Forest Ave Paramus, NJ 07652 Bergen County**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

| | |
|---|---|
| | **Opened 03/07  Last Active 11/19** |
| Date debt was incurred | Last 4 digits of account number **7575** |

| Debtor 1 | **Louisa F. Correa** | | Case number (if known) | **19-31542** |
| | First Name      Middle Name      Last Name | | | |

| 2.2 | **Financial Pacific Leasing Inc.** | | **$9,344.04** | **$0.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

> **CS8100/RVG 6200 (Equipment)**

**3455 S. 344th Way #300
Federal Way, WA
98001-9546**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Equipment finance agreement**

Date debt was incurred _____        **Last 4 digits of account number**   **7301**

| 2.3 | **Harry Steinmetz** | | **$652,884.07** | **$1,100,000.00** | **$652,884.07** |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

> **372 Forest Ave Paramus, NJ 07652
> Bergen County**

**188 East 78th St.
Apt. 24 B
New York, NY 10075**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset)   _____

Date debt was incurred  **06/19/2017**        **Last 4 digits of account number**   **7517**

Debtor 1   **Louisa F. Correa**

First Name         Middle Name         Last Name

Case number (if known)   **19-31542**

---

| 2.4 | **Mercedes Benz Financial** | Describe the property that secures the claim: | $20,001.00 | $40,900.00 | $0.00 |

Creditor's Name

**Attn: President / Vice President / C.E.O / Responsible Agent P.o. Box 961 Roanoke, TX 76262**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**2019 Mercedes Benz E450 Automobile Lease**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

■ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

**Opened 5/20/19 Last Active**

Date debt was incurred   **11/19**

**Last 4 digits of account number**   **7001**

---

| 2.5 | **Mercedes Benz Financial** | Describe the property that secures the claim: | $11,550.00 | $23,265.00 | $0.00 |

Creditor's Name

**Attn: President / Vice President / C.E.O / Responsible Agent P.o. Box 961 Roanoke, TX 76262**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**2018 Mercedes Benz C300 Automobile Lease**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

■ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

**Opened 8/17/18 Last Active**

Date debt was incurred   **11/19**

**Last 4 digits of account number**   **8001**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor 1 | **Louisa F. Correa** | | | Case number (if known) | **19-31542** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| 2.6 | **State of New Jersey Commissioner** | **Describe the property that secures the claim:** | $65,000.00 | $0.00 | $65,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**NJ Department of
Banking and Insurance
20 W. State Street
Trenton, NJ 08625**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Fine**

| Date debt was incurred | _____ | **Last 4 digits of account number** | **2008** |
|---|---|---|---|

| 2.7 | **Wells Fargo Bank** | **Describe the property that secures the claim:** | $168,809.00 | $1,100,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Attn: President / Vice
President / C.E.O
/ Responsible Agent
Po Box 10335
Des Moines, IA 50306**

Number, Street, City, State & Zip Code

**372 Forest Ave Paramus, NJ 07652
Bergen County**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Home Equity Loan**

| Date debt was incurred | **Opened 02/08  Last Active 9/30/19** | **Last 4 digits of account number** | **1998** |
|---|---|---|---|

| Add the dollar value of your entries in Column A on this page. Write that number here: | $1,792,728.86 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $1,792,728.86 |

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐

Name, Number, Street, City, State & Zip Code

**Aldridge Pite, LLP
Josephine E. Salmon
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933**

On which line in Part 1 did you enter the creditor?    **2.1**

Last 4 digits of account number ___

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Louisa F. Correa**

First Name          Middle Name          Last Name

Case number *(if known)*    **19-31542**

---

☐  Name, Number, Street, City, State & Zip Code
**Aldridge Pite, LLP**
**Gilbert R. Yabes**
**4375 Jutland Drive, Suite 200**
**P.O. Box 17933**
**San Diego, CA 92177-0933**

On which line in Part 1 did you enter the creditor?  **2.1**

Last 4 digits of account number ___

---

☐  Name, Number, Street, City, State & Zip Code
**BK Servicing, LLC**
**Ed Gezel - Agent**
**P.O. Box 131265**
**Roseville, MN 55113**

On which line in Part 1 did you enter the creditor?  **2.4**

Last 4 digits of account number ___

---

☐  Name, Number, Street, City, State & Zip Code
**BK Servicing, LLC**
**Ed Gezel - Agent**
**P.O. Box 131265**
**Roseville, MN 55113**

On which line in Part 1 did you enter the creditor?  **2.5**

Last 4 digits of account number ___

---

☐  Name, Number, Street, City, State & Zip Code
**Daimler Trust**
**c/o BK Servicing, LLC**
**Attn: President/ Vice President / C.E.O**
**P.O. Box 131265**
**Roseville, MN 55113**

On which line in Part 1 did you enter the creditor?  **2.4**

Last 4 digits of account number ___

---

☐  Name, Number, Street, City, State & Zip Code
**Daimler Trust**
**c/o BK Servicing, LLC**
**Attn: President/ Vice President / C.E.O**
**P.O. Box 131265**
**Roseville, MN 55113**

On which line in Part 1 did you enter the creditor?  **2.5**

Last 4 digits of account number ___

---

☐  Name, Number, Street, City, State & Zip Code
**Duane Morris LLP**
**Steven T. Knipfelberg**
**One Riverfront Plaza**
**1037 Raymond Blvd.**
**Newark, NJ 07102**

On which line in Part 1 did you enter the creditor?  **2.3**

Last 4 digits of account number ___

---

☐  Name, Number, Street, City, State & Zip Code
**John C Grady, D.A.G.**
**Richard J Hughes Justice Complex**
**25 Market Street**
**P.O. Box 083**
**Trenton, NJ 08625**

On which line in Part 1 did you enter the creditor?  **2.6**

Last 4 digits of account number  **2008**

---

☐  Name, Number, Street, City, State & Zip Code
**Wells Fargo Bank, N.A.**
**Default Document Processing**
**Judi M. Upchurch-V.P. Loan Documentation**
**1000 Blue Gentian Road N9286-01Y**
**Eagan, MN 55121-7700**

On which line in Part 1 did you enter the creditor?  **2.7**

Last 4 digits of account number ___

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Louisa F. Correa** |
| | First Name — Middle Name — Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name — Middle Name — Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | 19-31542 |

☑ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.

   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| **2.1** | **Internal Revenue Service** | Last 4 digits of account number | $48,709.70 | $48,709.70 | $0.00 |
| | Priority Creditor's Name | | | | |
| | **PO Box 7346** | When was the debt incurred? _____ | | | |
| | **Philadelphia, PA 19101** | | | | |
| | Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | | | |

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          51875          Best Case Bankruptcy

Debtor 1    **Louisa F. Correa**                                                              Case number (if known)    **19-31542**

| 2.2 | **State of New Jersey Division of Taxation** | Last 4 digits of account number | | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name
**Compliance & Enforcement - Compliance**
**50 Barrack Street, 9th Floor**
**Trenton, NJ 08695**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

---

## Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |
|---|---|---|---|

| 4.1 | **AFS/AmeriFinancial Solutions, LLC.** | Last 4 digits of account number | 9775 | $118.00 |

Nonpriority Creditor's Name
**Attn: President / Vice President / C.E.O**
**/ Responsible Agent**
**Po Box 65018**
**Baltimore, MD 21264**
Number Street City State Zip Code

When was the debt incurred?    **Opened 07/15  Last Active 02/15**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Collection Attorney Valley Emergency Room Assoc Pa**

Debtor 1   **Louisa F. Correa**

Case number (if known)   **19-31542**

---

| 4.2 | **American Express** | Last 4 digits of account number | **2003** | | $27,371.44 |

Nonpriority Creditor's Name

**Travel Related Services Company, Inc.**
**PO Box 53773**
**Phoenix, AZ 85072**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit card purchases**

---

| 4.3 | **Amex** | Last 4 digits of account number | **8233** | | $43,419.00 |

Nonpriority Creditor's Name

**Attn: President / Vice President / C.E.O**
**/ Responsible Agent / Bankruptcy**
**Po Box 981540**
**El Paso, TX 79998**

When was the debt incurred?   **Opened 02/89  Last Active 11/08/19**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

| 4.4 | **Aronsohn Weiner & Slerno** | Last 4 digits of account number | | | $4,753.98 |

Nonpriority Creditor's Name

**263 Main Street**
**Hackensack, NJ 07601**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Contract**

---

Debtor 1   **Louisa F. Correa**                                          Case number (if known)   **19-31542**

---

| 4.5 | **Capital One/Neiman Marcus/Bergdorf Goodm** | Last 4 digits of account number | **3697** | **$6,689.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: President / Vice President / C.E.O
/ Responsible Agent / Bankruptcy
Dept
Po Box 30285
Salt Lake City, UT 84130**

When was the debt incurred?    **Opened 09/18  Last Active 11/07/19**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Charge Account**

---

| 4.6 | **Citibank/The Home Depot** | Last 4 digits of account number | **0017** | **$84.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: President / Vice President / C.E.O
/ Responsible Agent / Bankruptcy
Po Box 790034
St Louis, MO 63179**

When was the debt incurred?    **Opened 06/18  Last Active 11/19**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Charge Account**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Louisa F. Correa**                                       Case number (if known)   **19-31542**

---

| 4.7 | **Dsnb Bloomingdales** | Last 4 digits of account number | **3631** | **Unknown** |

Nonpriority Creditor's Name

**Attn: President / Vice President /
C.E.O
/ Responsible Agent / Bankruptcy
Po Box 9111
Mason, OH 45040**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **Opened 09/09  Last Active
12/22/09**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Charge Account**

---

| 4.8 | **Internal Revenue Service** | Last 4 digits of account number | | **$20,629.32** |

Nonpriority Creditor's Name

**PO Box 7346
Philadelphia, PA 19101**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Tax**

---

| 4.9 | **Navient** | Last 4 digits of account number | **0114** | **$50,482.00** |

Nonpriority Creditor's Name

**Attn: President / Vice President /
C.E.O
/ Responsible Agent / Bankruptcy
Po Box 9640
Wilkes-Barre, PA 18773**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **Opened 01/13  Last Active
10/19**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify

**Educational**

---

Debtor 1  **Louisa F. Correa**

Case number (if known)  **19-31542**

---

| 4.10 | | | |
|---|---|---|---|

**Navient**
Nonpriority Creditor's Name

**Attn: President / Vice President /
C.E.O
/ Responsible Agent / Bankruptcy
Po Box 9640
Wilkes-Barre, PA 18773**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**  **0408**

**When was the debt incurred?**  **Opened 04/14  Last Active 10/19**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**$21,202.00**

**Educational**

---

| 4.11 | | | |
|---|---|---|---|

**Navient**
Nonpriority Creditor's Name

**Attn: President / Vice President /
C.E.O
/ Responsible Agent / Bankruptcy
Po Box 9640
Wilkes-Barre, PA 18773**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**  **1101**

**When was the debt incurred?**  **Opened 11/13  Last Active 10/19**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**$19,194.00**

**Educational**

---

Debtor 1   **Louisa F. Correa**

Case number (if known)   **19-31542**

---

| 4.1 2 | **Ollo Card Services** | Last 4 digits of account number | 8779 | $3,842.24 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: President / C.E.O. / Responsible Agent**

When was the debt incurred?   12/18/2019

**P.O. Box 660371**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

| 4.1 3 | **Verizon by American InfoSource** | Last 4 digits of account number | | $370.48 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**4515 Santa Fe Ave**
**Oklahoma City, OK 73118**

When was the debt incurred?   _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   Services

---

**Part 3:**   **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address

**Fair Square Financial Services LLC**
**Attn: President / C.E.O. / Responsible Agent**
**1000 N. West Street**
**Wilmington, DE 19801**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.12** of (Check one):

- ☐ Part 1: Creditors with Priority Unsecured Claims
- ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address

**Internal Revenue Service**
**Francine Milano - Bankruptcy Specialist**
**51 Haddonfield Road**
**Suite 300**
**Asbury, NJ 08802**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **2.1** of (Check one):

- ■ Part 1: Creditors with Priority Unsecured Claims
- ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Part 4:**   **Add the Amounts for Each Type of Unsecured Claim**

---

Debtor 1  **Louisa F. Correa**                                          Case number (if known)    **19-31542**

**6.  Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

|  |  |  | Total Claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 48,709.70 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 48,709.70 |

|  |  |  | Total Claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 90,878.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 107,277.46 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 198,155.46 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Louisa F. Correa** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number | **19-31542** |
| (if known) | |

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No

☐ Yes.  Name of person _____     Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Louisa F. Correa**                          X _____
**Louisa F. Correa**                                    Signature of Debtor 2
Signature of Debtor 1

Date  **February 25, 2020**                        Date _____

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy