# United States Bankruptcy Court
## District of New Jersey

In re   **Louisa F. Correa**                                              Case No.   **19-31542**

                                     Debtor(s)                            Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **February 27, 2020**                    **/s/ Louisa F. Correa**
                                                **Louisa F. Correa**
                                                Signature of Debtor

AFS/AmeriFinancial Solutions, LLC.
Attn: President / Vice President / C.E.O
/ Responsible Agent
Po Box 65018
Baltimore, MD 21264


Aldridge Pite, LLP
Gilbert R. Yabes
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933


American Express
Travel Related Services Company, Inc.
PO Box 53773
Phoenix, AZ 85072


Amex
Attn: President / Vice President / C.E.O
/ Responsible Agent / Bankruptcy
Po Box 981540
El Paso, TX 79998


Aronsohn Weiner & Slerno
263 Main Street
Hackensack, NJ 07601


Bayview Financial Loan
Attn: President / Vice President / C.E.O
/ Responsible Agent
4425 Ponce De Leon Blvd. 5th Floor
Coral Gables, FL 33146


BK Servicing, LLC
Ed Gezel - Agent
P.O. Box 131265
Roseville, MN 55113


BK Servicing, LLC
Ed Gezel - Agent
P.O. Box 131265
Roseville, MN 55113

```
Capital One/Neiman Marcus/Bergdorf Goodm
Attn: President / Vice President / C.E.O
/ Responsible Agent / Bankruptcy Dept
Po Box 30285
Salt Lake City, UT 84130


Citibank/The Home Depot
Attn: President / Vice President / C.E.O
/ Responsible Agent / Bankruptcy
Po Box 790034
St Louis, MO 63179


Daimler Trust
c/o BK Servicing, LLC
Attn: President/ Vice President / C.E.O
P.O. Box 131265
Roseville, MN 55113


Daimler Trust
c/o BK Servicing, LLC
Attn: President/ Vice President / C.E.O
P.O. Box 131265
Roseville, MN 55113


Dsnb Bloomingdales
Attn: President / Vice President / C.E.O
/ Responsible Agent / Bankruptcy
Po Box 9111
Mason, OH 45040


Duane Morris LLP
Steven T. Knipfelberg
One Riverfront Plaza
1037 Raymond Blvd.
Newark, NJ 07102


Fair Square Financial Services LLC
Attn: President / C.E.O. / Responsible
Agent
1000 N. West Street
Wilmington, DE 19801


Financial Pacific Leasing Inc.
3455 S. 344th Way #300
Federal Way, WA 98001-9546
```

```
Financial Pacific Leasing, Inc.
Attn: President / Vice President / C.E.O
/ Responsible Agent
3455 South 344th Way, Suite 300
Federal Way, WA 98063


Harry Steinmetz
188 East 78th St.
Apt. 24 B
New York, NY 10075


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


Internal Revenue Service
Francine Milano - Bankruptcy Specialist
51 Haddonfield Road
Suite 300
Asbury, NJ 08802


John C Grady, D.A.G.
Richard J Hughes Justice Complex
25 Market Street
P.O. Box 083
Trenton, NJ 08625


Mercedes Benz Financial
Attn: President / Vice President / C.E.O
/ Responsible Agent
P.o. Box 961
Roanoke, TX 76262


Mercedes Benz Financial
Attn: President / Vice President / C.E.O
/ Responsible Agent
P.o. Box 961
Roanoke, TX 76262
```

Mercedes Benz Financial
Attn: President / Vice President / C.E.O
/ Responsible Agent / Bankruptcy
P.o. Box 961
Roanoke, TX 76262


Mercedes Benz Financial
Attn: President / Vice President / C.E.O
/ Responsible Agent / Bankruptcy
P.o. Box 961
Roanoke, TX 76262


MetLife, Inc.
Attn: Vice President
200 Park Avenue
New York, NY 10166


Navient
Attn: President / Vice President / C.E.O
/ Responsible Agent / Bankruptcy
Po Box 9640
Wilkes-Barre, PA 18773


Navient
Attn: President / Vice President / C.E.O
/ Responsible Agent / Bankruptcy
Po Box 9640
Wilkes-Barre, PA 18773


Navient
Attn: President / Vice President / C.E.O
/ Responsible Agent / Bankruptcy
Po Box 9640
Wilkes-Barre, PA 18773


Ollo Card Services
Attn: President / C.E.O. / Responsible
Agent
P.O. Box 660371
Dallas, TX 75266-0371


State of New Jersey Commissioner
NJ Department of Banking and Insurance
20 W. State Street
Trenton, NJ 08625

State of New Jersey Division of Taxation
Compliance & Enforcement - Compliance
50 Barrack Street, 9th Floor
Trenton, NJ 08695


Sunrise Dental Group, PC
372 Forest Ave.
Paramus, NJ 07652


Verizon by American InfoSource
4515 Santa Fe Ave
Oklahoma City, OK 73118


Wells Fargo Bank
Attn: President / Vice President / C.E.O
/ Responsible Agent
Po Box 10335
Des Moines, IA 50306


Wells Fargo Bank, N.A.
Default Document Processing
Judi M. Upchurch-V.P. Loan Documentation
1000 Blue Gentian Road N9286-01Y
Eagan, MN 55121-7700