| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |

In Re:

Case No.: _____

Chapter: _____

Adv. No.: _____

Hearing Date: _____

Judge: _____

## CERTIFICATION OF SERVICE

1. I, _____ :

    ☐ represent _____ in the this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in the this matter.

    ☐ am the _____ in the this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____    _____
                                                                      Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ E-mail <br> ☐ Notice of Electronic Filing (NEF) <br> ☐ Other _____ <br>    (as authorized by the court *) |
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ E-mail <br> ☐ Notice of Electronic Filing (NEF) <br> ☐ Other _____ <br>    (as authorized by the court *) |
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ E-mail <br> ☐ Notice of Electronic Filing (NEF) <br> ☐ Other _____ <br>    (as authorized by the court *) |
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ E-mail <br> ☐ Notice of Electronic Filing (NEF) <br> ☐ Other _____ <br>    (as authorized by the court *) |

## Certified Mail / RR

**American Express**
Travel Related Services Company, Inc.
PO Box 53773
Phoenix, AZ 85072

**BK Servicing, LLC**
Ed Gezel - Agent
P.O. Box 131265
Roseville, MN 55113

**Daimler Trust**
c/o BK Servicing, LLC
Attn: President/ Vice President / C.E.O
P.O. Box 131265
Roseville, MN 55113

**Fair Square Financial Services LLC**
Attn: President / C.E.O. / Responsible Agent
1000 N. West Street
Wilmington, DE 19801

**MetLife, Inc.**
Attn: Vice President
200 Park Avenue
New York, NY 10166

**Ollo Card Services**
Attn: President / C.E.O. / Responsible Agent
P.O. Box 660371
Dallas, TX 75266-0371

**Wells Fargo Bank, N.A.**
Default Document Processing
Judi M. Upchurch-V.P. Loan Documentation
1000 Blue Gentian Road N9286-01Y
Eagan, MN 55121-7700

## Regular Mail

**Aldridge Pite, LLP**
Gilbert R. Yabes
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

**John C Grady, D.A.G.**
Richard J Hughes Justice Complex
25 Market Street
P.O. Box 083
Trenton, NJ 08625

**State of New Jersey Commissioner**
NJ Department of Banking and Insurance
20 W. State Street
Trenton, NJ 08625

**Sunrise Dental Group, PC**
372 Forest Ave.
Paramus, NJ 07652

**Verizon by American InfoSource**
4515 Santa Fe Ave
Oklahoma City, OK 73118

**Financial Pacific Leasing, Inc.**
Attn: President / Vice President / C.E.O /
Responsible Agent
3455 South 344th Way, Suite 300
Federal Way, WA 98063

**Aronsohn Weiner & Slerno**
263 Main Street
Hackensack, NJ 07601