Form 169 − ntccovert

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 19−31542−VFP
                        Chapter: 11
                        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Louisa F. Correa
   aka Louisa Correa Hunter
   372 Forest Ave.
   Paramus, NJ 07652

Social Security No.:
   xxx−xx−7850

Employer's Tax I.D. No.:

**NOTICE OF HEARING
ON APPLICATION/MOTION TO CONVERT CASE**

    An application/motion to convert the above−captioned case from Chapter 11 to Chapter 7, has been filed by Fran B. Steele on behalf of U.S. Trustee.

    Notice is hereby given that the Court will conduct a hearing on this matter to determine the application/motion for conversion Motion to dismiss case for other reasons before the Honorable Vincent F. Papalia on:

Date:                 April 7, 2020
Time:               10:00 AM
Location:         Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Dated: February 26, 2020
JAN:

                                                                                                           Jeanne Naughton
                                                                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Louisa F. Correa  
    Debtor

Case No. 19-31542-VFP  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-2       User: admin       Page 1 of 2       Date Rcvd: Feb 26, 2020  
                         Form ID: 169      Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2020.

```
db            +Louisa F. Correa,    372 Forest Ave.,    Paramus, NJ 07652-5518
acc           +Gino Mallamaci,    Grosso Office Park,    50 Route 9 North,    Suite 308,
                Morganville, NJ 07751-1558
cr            +Harry Steinmetz,    c/o Duane Morris LLP,    1037 Raymond Blvd.,    Suite 1800,
                One Newark Center,    Newark, NJ 07102-5235
518570033     +AFS/AmeriFinancial Solutions, LLC.,    Po Box 65018,    Baltimore, MD 21264-5018
518636153      American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern PA 19355-0701
518570034     +Amex,    Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
518570035     +Aronsohn Weiner & Salerno,    263 Main Street,    Hackensack, NJ 07601-5704
518570037     +Capital One/Neiman Marcus/Bergdorf Goodm,    Attn: Bankruptcy Dept,    Po Box 30285,
                Salt Lake City, UT 84130-0285
518570038     +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                St Louis, MO 63179-0034
518570040    ++++DUANE MORRIS LLP,    STEVEN T. KNIPFELBERG,    ONE RIVERFRONT PLAZA,    1 RIVERFRONT PLZ STE 10,
                NEWARK NJ  07102-5436
              (address filed with court:  Duane Morris LLP,     Steven T. Knipfelberg,    One Riverfront Plaza,
                1037 Raymond Blvd.,    Newark, NJ 07102)
518602908      Daimler Trust,    c/o BK Servicing, LLC,    PO Box 131265,    Roseville, MN 55113-0011
518570039      Dsnb Bloomingdales,    Attn: Recovery 'Bk',    Po Box 9111,    Mason, OH 45040
518570041     +Financial Pacific Leasing, Inc.,    3455 South 344th Way, Suite 300,    Federal Way,
                Federal Way, WA 98001-9546
518570042     +Harry Steinmetz,    188 East 78th St.,    Apt. 24 B,    New York, NY 10075-0573
518570044     +John C Grady, D.A.G.,    Richard J Hughes Justice Complex,    25 Market Street,    P.O. Box 083,
                Trenton, NJ 08625-0083
518669282     +Metropolitan Life Insurance Company,    Bayview Loan Servicing, LLC,
                4425 Ponce De Leon Blvd., 5th Floor,    Coral Gables FL 33146-1837
518570053     +State of New Jersey Division of Taxation,    Compliance & Enforcement - Compliance,
                50 Barrack Street, 9th Floor,    Trenton, NJ 08695-0001
518622049     +Sunrise Dental Group, PC,    372 Forest Avenue,    Paramus, NJ 07652-5518
518570054     +Wells Fargo Bank,    Attn: Bankruptcy,    Po Box 10335,    Des Moines, IA 50306-0335
518607487      Wells Fargo Bank, N.A.,    Attn: Default Document Processing,
                1000 Blue Gentian Road, MAC# N9286-01Y,    Eagan, MN 55121-7700
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: sbse.cio.bnc.mail@irs.gov Feb 27 2020 00:58:32      Dist Dir of IRS,
                Insolvency Function,    PO Box 724,    Springfield, NJ  07081-0724
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 27 2020 00:59:40      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 27 2020 00:59:37      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
518570036     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 27 2020 01:00:14
                Bayview Financial Loan,    Attn: Bankruptcy Dept,    4425 Ponce De Leon Blvd. 5th Floor,
                Coral Gables, FL 33146-1873
518570046     +E-mail/Text: M74banko@daimler.com Feb 27 2020 01:00:44      Mercedes Benz Financia,
                P.o. Box 961,    Roanoke, TX 76262-0961
518570049     +E-mail/PDF: pa_dc_claims@navient.com Feb 27 2020 00:55:35      Navient,    Attn: Bankruptcy,
                Po Box 9640,    Wilkes-Barre, PA 18773-9640
518660948     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 27 2020 01:06:08      Verizon,
                by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518570045      John J. Hunter
518570052      State of New Jersey Commissioner,    NJ Department of Banking and Insurance
cr*           +Daimler Trust,   c/o BK Servicing, LLC,    P.O. Box 131265,    Roseville, MN 55113-0011
518652199*     American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern PA 19355-0701
518570043*    +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
518570047*    +Mercedes Benz Financia,    P.o. Box 961,    Roanoke, TX 76262-0961
518570048*    +Mercedes Benz Financia,    P.o. Box 961,    Roanoke, TX 76262-0961
518570050*    +Navient,    Attn: Bankruptcy,    Po Box 9640,    Wilkes-Barre, PA 18773-9640
518570051*    +Navient,    Attn: Bankruptcy,    Po Box 9640,    Wilkes-Barre, PA 18773-9640
                                                                                 TOTALS: 2, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

```
District/off: 0312-2          User: admin              Page 2 of 2          Date Rcvd: Feb 26, 2020
                              Form ID: 169             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2020 at the address(es) listed below:

```
          David L. Stevens    on behalf of Debtor Louisa F. Correa dstevens@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scur
           a.com;martinezcr93878@notify.bestcase.com;agouveia@scura.com
          Denise E. Carlon    on behalf of Creditor   Metropolitan Life Insurance Company
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Fran B. Steele    on behalf of U.S. Trustee   U.S. Trustee Fran.B.Steele@usdoj.gov
          Gilbert R Yabes    on behalf of Creditor   Metropolitan Life Insurance Company
           bkecfinbox@aldridgepite.com,   GRY@ecf.courtdrive.com
          Steven T. Knipfelberg    on behalf of Creditor Harry  Steinmetz stknipfelberg@duanemorris.com,
           tjsantorelli@duanemorris.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```