UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re **Louisa Correa**,

Case No. **19-31542**
Reporting Period: **NOV 2019**

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | ✓ | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | N/A | |
| Copies of bank statements | | ✓ | |
| Cash disbursements journals | | N/A | |
| Statement of Operations | | N/A | |
| Balance Sheet | | N/A | |
| Status of Postpetition Taxes | | ✓ | |
| Copies of IRS Form 6123 or payment receipt | | N/A | |
| Copies of tax returns filed during reporting period | | N/A | |
| Summary of Unpaid Postpetition Debts | | N/A | |
| Listing of aged accounts payable | | N/A | |
| Accounts Receivable Reconciliation and Aging | | N/A | |
| Debtor Questionnaire | | ✓ | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_Louisa Correa_
Signature of Debtor

Date **3-30-20**

_____
Signature of Joint Debtor

Date _____

_____
Signature of Authorized Individual*

Date _____

_____
Printed Name of Authorized Individual

Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)

In re  Lovisa Correa                NOV/19
         Debtor

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | N/A |
| + Amounts billed during the period | N/A |
| - Amounts collected during the period | N/A |
| Total Accounts Receivable at the end of the reporting period | N/A |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | N/A |
| 31 - 60 days old | N/A |
| 61 - 90 days old | N/A |
| 91+ days old | N/A |
| Total Accounts Receivable | N/A |
| Amount considered uncollectible (Bad Debt) | N/A |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | ✓ |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | ✓ |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | ✓ | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | ✓ | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | ✓ |

FORM MOR-5
(04/07)   3/30/20

In re **Louisa Corvea**  
Debtor

Case No. **19-31542**  
Reporting Period: **NOV-2019**

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | 0 | 0 | 0 | | | 0 |
| FICA-Employee | 0 | 0 | 0 | | | 0 |
| FICA-Employer | 0 | 0 | 0 | | | 0 |
| Unemployment | 0 | 0 | 0 | | | 0 |
| Income | 0 | 0 | 0 | | | 0 |
| Other: | 0 | 0 | 0 | | | 0 |
| Total Federal Taxes | 0 | 0 | 0 | | | 0 |
| **State and Local** | | | | | | |
| Withholding | 0 | 0 | 0 | | | 0 |
| Sales | 0 | 0 | 0 | | | 0 |
| Excise | 0 | 0 | 0 | | | 0 |
| Unemployment | 0 | 0 | 0 | | | 0 |
| Real Property | 0 | 0 | 0 | | | 0 |
| Personal Property | 0 | 0 | 0 | | | 0 |
| Other: | 0 | 0 | 0 | | | 0 |
| Total State and Local | 0 | 0 | 0 | | | 0 |
| **Total Taxes** | 0 | 0 | 0 | | | 0 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | | Number of Days Past Due | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | 0 | | | | | 0 |
| Wages Payable | 0 | | | | | 0 |
| Taxes Payable | 0 | | | | | 0 |
| Rent/Leases-Building | 0 | | | | | 0 |
| Rent/Leases-Equipment **Financial pacific** | 872.92 | | | | | 0 |
| Secured Debt/Adequate Protection Payments | 8878.87 | | | | | 0 |
| Professional Fees | 0 | | | | | 0 |
| Amounts Due to Insiders* | 0 | | | | | 0 |
| Other: | 0 | | | | | 0 |
| Other: | 0 | | | | | 0 |
| **Total Postpetition Debts** | 0 | | | | | 0 |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

1. Bayview loan servicing (Mortgage) 8878.87
2. Wells Fargo (2nd Mortgage) 711.16.
   Didn't pay in November 2019.
3. Financial pacific leasing 872.92.

*"Insider" is defined in 11 U.S.C. Section 101(31).

*Louisa Corvea*
3-30-20

FORM MOR-4
(04/07)

In re: **Louisa Correa**  
Debtor

Case No. **19-31542**  
Reporting Period **NOV - 2019**  
**11/20 - 11/29**

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
( This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CON'T)]

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 4759.04 |  |
| **RECEIPTS** |  |  |
| Wages (Net) | —0— |  |
| Interest and Dividend Income | —0— |  |
| Alimony and Child Support | —0— |  |
| Social Security and Pension Income | —0— |  |
| Sale of Assets | —0— |  |
| Other Income (attach schedule) | —0— |  |
| **Total Receipts** |  |  |
| **DISBURSEMENTS** |  |  |
| **ORDINARY ITEMS:** |  |  |
| Mortgage Payment(s) | —0— | —0— |
| Rental Payment(s) | —0— | —0— |
| Other Secured Note Payments | —0— | —0— |
| Utilities | —0— | —0— |
| Insurance | —0— | —0— |
| Auto Expense | —0— | —0— |
| Lease Payments | —0— | —0— |
| IRA Contributions | —0— | —0— |
| Repairs and Maintenance | —0— | —0— |
| Medical Expenses | 100 | 100 |
| Household Expenses | —0— |  |
| Charitable Contributions | —0— |  |
| Alimony and Child Support Payments | —0— |  |
| Taxes - Real Estate | —0— |  |
| Taxes - Personal Property | —0— |  |
| Taxes - Other (attach schedule) | —0— |  |
| Travel and Entertainment | 52.89 | 52.89 |
| Gifts _child school tuition_ | 876.13 | 876.13 |
| Other (attach schedule) _child school tuition_ | 1819.90 | 1819.90 |
| Total Ordinary Disbursements |  |  |
| **REORGANIZATION ITEMS:** |  |  |
| Professional Fees | —0— |  |
| U. S. Trustee Fees | —0— |  |
| Other Reorganization Expenses (attach schedule) | —0— |  |
| Total Reorganization Items | —0— |  |
| **Total Disbursements (Ordinary + Reorganization)** | —0— |  |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | —0— |  |
| **Cash - End of Month** (Must equal reconciled bank statement) | 1386.36 |  |

FORM MOR-1(INDV)  
(9/99)

_Louisa Correa_  
3-30-20

In re **Louisa Correa**, Debtor

Case No. 19-31542
Reporting Period: NOV 2019

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Other Income — N/A | N/A | |
| Other Taxes — N/A | N/A | |
| Other Ordinary Disbursements | | |
| Food | 352.61 | |
| gas | 42.14 | |
| Other Reorganization Expenses | | |

FORM MOR-1 (INDV) (CON'T) (9/99)

Louisa Correa
3-30-20

# Wells Fargo Everyday Checking

November 30, 2019 ■ Page 1 of 4



LOUISA CORREA HUNTER
DEBTOR IN POSSESSION
CH 11 CASE #19-31542(NJ)
372 FOREST AVE
PARAMUS NJ 07652-5518

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-TO-WELLS**  (1-800-869-3557)

TTY: 1-800-877-4833
*En español:* 1-877-727-2932
華語 1-800-288-2288  *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (347)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ☐ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | ☐ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---:|
| Beginning balance on 11/20 | $0.00 |
| Deposits/Additions | 4,759.04 |
| Withdrawals/Subtractions | - 3,372.68 |
| **Ending balance on 11/30** | **$1,386.36** |

Account number:

LOUISA CORREA HUNTER
DEBTOR IN POSSESSION
CH 11 CASE #19-31542(NJ)

*New Jersey account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 11/20 | | Deposit Made In A Branch/Store  *Transfer balance —* | 4,759.04 | *old account 5162* | |
| 11/20 | | Purchase authorized on 11/20 Shoprite Paramus S1 Paramus NJ P00309324862295146 Card 6916  *Food* | | 140.61 | |
| 11/20 | | Purchase authorized on 11/20 Shoprite Lqrs Paramus Paramus NJ P00309325000242898 Card 6916  *Food* | | 13.85 | 4,604.58 |
| 11/22 | | Purchase authorized on 11/22 Shoprite Paramus S1 Paramus NJ P00309326831828814 Card 6916  *Food* | | 96.30 | |
| 11/22 | | Purchase authorized on 11/22 Shoprite Lqrs Paramus Paramus NJ P00589326833738166 Card 6916  *Food* | | 30.77 | |
| 11/22 | | Purchase authorized on 11/22 Shoprite Paramus S1 Paramus NJ P00309327045149528 Card 6916  *Food* | | 32.14 | 4,445.37 |
| 11/25 | | Purchase authorized on 11/22 Paramus Delta Paramus NJ S389326485897040 Card 6916  *gas* | | 42.14 | |
| 11/25 | | Purchase authorized on 11/24 Smart T*Dwightengl 888-8688828 NJ S589328589146550 Card 6916  *school tuition* | | 1,819.90 | |
| 11/25 | | Purchase authorized on 11/25 USPS PO 33323106 101 W Pl Maywood NJ P00309329666182075 Card 6916  *postage* | | 22.00 | 2,561.33 |
| 11/26 | | Recurring Payment authorized on 11/24 9640 AMC Online 888-440-4262 KS S389328605511775 Card 6916  *entertainment* | | 25.54 | |
| 11/26 | | Purchase authorized on 11/25 Eye Care of River River Edge NJ S389329518045789 Card 6916  *eye doctor* | | 100.00 | 2,435.79 |
| 11/27 | | Purchase authorized on 11/25 Jax Car Wash Maywood NJ S589329682714548 Card 6916 | | 24.47 | |
| 11/27 | | Purchase authorized on 11/25 TN Serv Fee Bergen Https://Berge IN S589329837236543 Card 6916 | | 22.89 | |
| 11/27 | | Purchase authorized on 11/25 Bergen Community C Bergen.Edu NJ S389329837241787 Card 6916  *Tuition* | | 803.24 | |
| 11/27 | | Purchase authorized on 11/26 Cash App*Daniella 8774174551 CA S389330508639164 Card 6916 | | 25.00 | |
| 11/27 | | Purchase authorized on 11/26 Uber Trip Help.Uber.Com CA S589330755267342 Card 6916 | | 12.97 | |
| 11/27 | | Purchase authorized on 11/26 Postmates 32B0E CO Httpspostmate CA S309331065734688 Card 6916  *Food* | | 38.94 | 1,508.28 |
| 11/29 | | Purchase authorized on 11/27 Cash App*John Hunt 8774174551 CA S309331525481865 Card 6916 | | 100.00 | |
| 11/29 | | Purchase authorized on 11/27 Frontier Onboard Denver CO S589331711522079 Card 6916 | | 14.92 | |
| 11/29 | | Purchase authorized on 11/27 Sol Yoga Florida Miami FL S469331853049824 Card 6916 | | 7.00 | 1,386.36 |
| Ending balance on 11/30 | | | | | 1,386.36 |
| Totals | | | $4,759.04 | $3,372.68 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 11/20/2019 - 11/30/2019 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. Your fee waiver is about to expire. You will need to meet the requirement(s) to avoid the monthly service fee.

**How to avoid the monthly service fee**
Have any ONE of the following account requirements                    Minimum required      This fee period