**UNITED STATES BANKRUPTCY COURT**
**_________ DISTRICT OF _________**

In re Louisa Correa

Case No. 19-31542
Reporting Period: March/20

**MONTHLY OPERATING REPORT**
**(INDIVIDUAL WAGE EARNERS)**
**File with Court and submit copy to United States Trustee within 20 days after end of month**

**Include FORM MOR-1 (INDV) if debtor is a wage earner.**
**Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.**
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | ✓ | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | N/A | |
| Copies of bank statements | | ✓ | |
| Cash disbursements journals | | N/A | |
| Statement of Operations | | N/A | |
| Balance Sheet | | N/A | |
| Status of Postpetition Taxes | | ✓ | |
| Copies of IRS Form 6123 or payment receipt | | N/A | |
| Copies of tax returns filed during reporting period | | N/A | |
| Summary of Unpaid Postpetition Debts | | ✓ | |
| Listing of aged accounts payable | | N/A | |
| Accounts Receivable Reconciliation and Aging | | N/A | |
| Debtor Questionnaire | | ✓ | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

Louisa Correa
Signature of Debtor Date 4-20-20.

_______________________
Signature of Joint Debtor Date

_______________________
Signature of Authorized Individual* Date

_______________________
Printed Name of Authorized Individual Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)

L/C
4/21/20.

March/20.

In re Louisa Correa.
Debtor

# ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | N/A | |
| + Amounts billed during the period | N/A | |
| - Amounts collected during the period | N/A | |
| Total Accounts Receivable at the end of the reporting period | N/A | |
| | | |

| Accounts Receivable Aging | Amount | |
|---|---|---|
| 0 - 30 days old | N/A | |
| 31 - 60 days old | N/A | |
| 61 - 90 days old | N/A | |
| 91+ days old | N/A | |
| Total Accounts Receivable | N/A | |
| Amount considered uncollectible (Bad Debt) | N/A | |
| Accounts Receivable (Net) | N/A | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | ✓ |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | ✓ |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | ✓ | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | ✓ | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | ✓ |

L C 4/21/20

In re  Louisa Correa .
Debtor

Case No. 19-31542.
Reporting Period: March 2020

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Withholding | -0- | | | | | |
| FICA-Employee | -0- | | | | | |
| FICA-Employer | -0- | | | | | |
| Unemployment | -0- | | | | | |
| Income | -0- | | | | | |
| Other: | -0- | | | | | |
| Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | N/A | | | | | |
| Sales | N/A | | | | | |
| Excise | N/A | | | | | |
| Unemployment | N/A | | | | | |
| Real Property | N/A | | | | | |
| Personal Property | N/A | | | | | |
| Other: | N/A | | | | | |
| Total State and Local | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | -0- | | | | | |
| Wages Payable | -0- | | | | | |
| Taxes Payable | -0- | | | | | |
| Rent/Leases-Building | -0- | | | | | |
| Rent/Leases-Equipment Financial pacific | 872.92 | 872.92 | 872.92 | 872.92 | -0- | 3491.68 |
| Secured Debt/Adequate Protection Payments | 8878.87 | -0- | 8878.87 | 8878.87 | -0- | 26636.61 |
| ~~Professional Fees~~ Wells Fargo | 711.16 | -0- | 711.16 | 711.16 | | 2133.48 |
| Amounts Due to Insiders* | -0- | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| **Total Postpetition Debts** | | | | | | 32,261.77 |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

*"Insider" is defined in 11 U.S.C. Section 101(31).

L. C 4/21/20

In re:  Louisa Correa
Debtor

Case No. 19-31542
Reporting Period March '20

# INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

( This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CONT)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 343.79 | |
| | | |
| **RECEIPTS** | | |
| Wages (Net) | 3524.38 | 20,774.15 |
| Interest and Dividend Income | -0- | -0- |
| Alimony and Child Support | 2300 | 9000 |
| Social Security and Pension Income | -0- | -0- |
| Sale of Assets | -0- | -0- |
| Other Income (attach schedule) sunrise Dental | -0- | 13435.20 |
| **Total Receipts** | 5824.38 | 43209.35 |
| | | |
| **DISBURSEMENTS** | | |
| ORDINARY ITEMS: | | |
| Mortgage Payment(s) | ~~[illegible]~~ -0- | 8878.87 |
| Rental Payment(s) | 1313.38 | 5379.57 |
| Other Secured Note Payments | -0- | 711.16 |
| Utilities | ~~[illegible]~~ 357 | 3339.80 |
| Insurance | -0- | -0- |
| Auto Expense car insurance. | 459.45 | 1851.95 |
| Lease Payments | 550 | 2220 |
| IRA Contributions | -0- | -0- |
| Repairs and Maintenance | -0- | -0- |
| Medical Expenses | 200 | 934.57 |
| Household Expenses | 1424 + 350 = 1774 | |
| Charitable Contributions | -0- | -0- |
| Alimony and Child Support Payments | -0- | -0- |
| Taxes - Real Estate | -0- | -0- |
| Taxes - Personal Property | -0- | -0- |
| Taxes - Other (attach schedule) | -0- | -0- |
| Travel and Entertainment | 300 | 1750 |
| Gifts | -0- | |
| Other (attach schedule) Loan son for lyft & cash | 1324.72 ~~[illegible]~~ | 1324.72 + 5996.10 (child sched) |
| Total Ordinary Disbursements | 5980.55 | |
| REORGANIZATION ITEMS: | | |
| Professional Fees | -0- | 750 |
| U. S. Trustee Fees | -0- | 325 |
| Other Reorganization Expenses (attach schedule) | -0- | ~~[illegible]~~ 300. |
| Total Reorganization Items | | |
| | | |
| **Total Disbursements (Ordinary + Reorganization)** | | 43,000 |
| | | |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | | |
| | | |
| **Cash - End of Month (Must equal reconciled bank statement)** | | 9106.90. |

FORM MOR-1(INDV) (9/99)

* Loan for son $1324.72 was returned 4/20/20. (lyft & cashapp).

* 3/17 $8861.39 -> Money paid to fix water damage in basement. (Homeowners ins. paid).

In re Louisa Correa
Debtor

Case No. 19-31542
Reporting Period: March /20.

**INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet**

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Home owners insurance | 8861.39 | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Dog Food | 140.36. | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

3/17 $8861.39 → Home owners insurance payment to fix damage from flood in basement.

L.C. 4/21/20

# Wells Fargo Everyday Checking

March 31, 2020 ■ Page 1 of 6




LOUISA CORREA HUNTER
DEBTOR IN POSSESSION
CH11 CASE #19-31542 (NJ)
372 FOREST AVE
PARAMUS NJ 07652-5518

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS** (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語 1-800-288-2288 *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (347)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $343.73 |
| Deposits/Additions | 14,685.77 |
| Withdrawals/Subtractions | - 5,922.60 |
| **Ending balance on 3/31** | **$9,106.90** |

Account number

**LOUISA CORREA HUNTER**
**DEBTOR IN POSSESSION**
**CH11 CASE #19-31542 (NJ)**

*New Jersey account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.




## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 3/2 | | ATM Check Deposit on 03/02 15 West Palisades Ave Englewood NJ 0007420 ATM ID 3729I Card 6916 | 1,000.00 | | |
| 3/2 | | Purchase authorized on 02/29 Sables New York NY S300060772416742 Card 6916 | | 21.98 | |
| 3/2 | | Purchase authorized on 02/29 Sables New York NY S380060781279591 Card 6916 | | 38.95 | |
| 3/2 | | Purchase authorized on 02/29 Lyft *Ride Sat 1 Lyft.Com CA S300061179972094 Card 6916 | | 14.30 | |
| 3/2 | | Purchase authorized on 02/29 Chewy.Com 800-672-4399 FL S460061285723143 Card 6916 | | 140.35 | |
| 3/2 | | Purchase authorized on 03/01 Lyft *Ride Sun 3 Lyft.Com CA S300061314029392 Card 6916 | | 17.02 | |
| 3/2 | | Purchase authorized on 03/01 Shoprite Paramus S1 Paramus NJ P00300061560546789 Card 6916 | | 64.38 | |
| 3/2 | | Purchase authorized on 03/01 Lyft *Ride Sun 1 Lyft.Com CA S580061568758765 Card 6916 | | 21.43 | |
| 3/2 | | Purchase authorized on 03/01 Lyft *Cancel Fee Lyft.Com CA S380062200570669 Card 6916 | | 5.00 | |
| 3/2 | | Purchase authorized on 03/02 Lowe's #2431 Paramus NJ P00460062683624828 Card 6916 | | 20.22 | |
| 3/2 | | Purchase authorized on 03/02 Shoprite Paramus S1 Paramus NJ P00460062698807312 Card 6916 | | 88.75 | 911.35 |
| 3/3 | | Purchase authorized on 03/02 Paramus Delta Paramus NJ S300062566314029 Card 6916 | | 25.00 | |
| 3/3 | | Purchase authorized on 03/02 Seafood Gourmet Maywood NJ S380062589426242 Card 6916 | | 49.68 | |
| 3/3 | | Purchase authorized on 03/02 Cash App*Ethan Ste 8774174551 CA S380062701595089 Card 6916 | | 10.00 | |
| 3/3 | | Purchase authorized on 03/02 Lyft *Ride Mon 4 Lyft.Com CA S300062767377210 Card 6916 | | 8.99 | |
| 3/3 | | Purchase authorized on 03/02 Lyft *Ride Mon 5 Lyft.Com CA S580062803082717 Card 6916 | | 10.40 | |
| 3/3 | | Purchase authorized on 03/02 Lyft *Ride Tue 1 Lyft.Com CA S300063185632423 Card 6916 | | 16.44 | 790.84 |
| 3/4 | | Purchase authorized on 03/02 Jax Car Wash Maywood NJ S580062776429107 Card 6916 | | 21.27 | |
| 3/4 | | Purchase authorized on 03/02 Lyft *Ride Tue 1 Lyft.Com CA S580063226039587 Card 6916 | | 6.63 | |
| 3/4 | | Purchase authorized on 03/03 Cash App*John 8774174551 CA S380063643624744 Card 6916 | | 50.00 | |
| 3/4 | | Purchase authorized on 03/03 Cash App*Matt 8774174551 CA S580063714313855 Card 6916 | | 50.00 | |
| 3/4 | | Purchase authorized on 03/03 Lyft *Ride Tue 2 Lyft.Com CA S580063696523393 Card 6916 | | 13.99 | |
| 3/4 | | Purchase authorized on 03/03 Lyft *Ride Tue 3 Lyft.Com CA S580063750213182 Card 6916 | | 18.11 | |
| 3/4 | | Purchase authorized on 03/03 Lyft *Ride Tue 9 Lyft.Com CA S380064080522192 Card 6916 | | 21.67 | 609.17 |
| 3/5 | | NSF Return Item Fee for a Transaction Received on 03/04 $1,315.38 Mediterraneantow Checkpaymt 00126 000000000000 | | 35.00 | |
| 3/5 | | ATM Check Deposit on 03/05 1 Johnson Ave Hackensack NJ 0003547 ATM ID 6564V Card 6916 | 2,300.00 | | |
| 3/5 | | Purchase authorized on 03/04 Lyft *Ride Wed 1 Lyft.Com CA S580064682530223 Card 6916 | | 6.99 | 2,867.18 |
| 3/6 | | Sunrise Dental G Direct Dep 200306 7250758724236Av Correa-Hunter,Louisa | 2,524.38 | | |
| 3/6 | | Purchase authorized on 03/05 Lyft *Lost and F Lyft.Com CA S300065749468546 Card 6916 | | 15.00 | |
| 3/6 | | Purchase authorized on 03/05 Lyft *Lost and F Lyft.Com CA S380066095918642 Card 6916 | | 15.00 | 5,361.56 |




## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 3/9 | | Purchase authorized on 03/06 Lyft *Ride Fri 3 Lyft.Com CA S380066296769569 Card 6916 | | 6.71 | |
| 3/9 | | Purchase authorized on 03/06 Lyft *Ride Fri 3 Lyft.Com CA S300066306589663 Card 6916 | | 6.59 | |
| 3/9 | | Purchase authorized on 03/06 Lyft *Ride Fri 4 Lyft.Com CA S380066345912263 Card 6916 | | 31.99 | |
| 3/9 | | Purchase authorized on 03/06 Cash App*Ethan Ste 8774174551 CA S460066451966285 Card 6916 | | 10.00 | |
| 3/9 | | Purchase authorized on 03/06 Tst* Angelina S CO Miami FL S580066593977978 Card 6916 | | 30.09 | |
| 3/9 | | Purchase authorized on 03/06 Lyft *Ride Fri 7 Lyft.Com CA S460067008215089 Card 6916 | | 52.68 | |
| 3/9 | | Purchase authorized on 03/06 Lyft *Ride Sat 1 Lyft.Com CA S580067220784326 Card 6916 | | 25.40 | |
| 3/9 | | Purchase authorized on 03/08 Lyft *Ride Sun 4 Lyft.Com CA S300068288114650 Card 6916 | | 17.15 | |
| 3/9 | | Purchase authorized on 03/08 Target T- 3401 N Miami Miami FL P00000000731449148 Card 6916 | | 6.01 | |
| 3/9 | | Purchase authorized on 03/08 Cash App*Savanna C 8774174551 CA S460068594073174 Card 6916 | | 100.00 | |
| 3/9 | | Purchase authorized on 03/08 Lyft *Ride Sun 2 Lyft.Com CA S460068676597363 Card 6916 | | 39.23 | 5,035.71 |
| 3/10 | | Recurring Payment authorized on 03/08 Apple.Com/Bill 866-712-7753 CA S380069196670035 Card 6916 | | 14.99 | |
| 3/10 | | Recurring Payment authorized on 03/08 Apple.Com/Bill 866-712-7753 CA S380069197266543 Card 6916 | | 2.99 | |
| 3/10 | | Purchase authorized on 03/09 Tst* Pura Vida Mia Miami Beach FL S380069460196579 Card 6916 | | 3.21 | |
| 3/10 | | Purchase authorized on 03/09 Umhc Crb P and B Miami FL S380069585734289 Card 6916 | | 25.00 | |
| 3/10 | | Purchase authorized on 03/09 Salsa Fiesta Miami FL S300069626835400 Card 6916 | | 50.26 | |
| 3/10 | | Purchase authorized on 03/10 Chevron/Texaco Miami Ai Miami FL P00300070714293883 Card 6916 | | 25.79 | |
| 3/10 | | Purchase authorized on 03/10 Publix Super Mar 1776 Bis Miami FL P00580070762040658 Card 6916 | | 214.66 | 4,698.81 |
| 3/11 | | Purchase authorized on 03/11 Target T- 3401 N Miami Miami FL P00000000383399323 Card 6916 | | 38.33 | 4,660.48 |
| 3/12 | | Purchase authorized on 03/11 Mia Irish Pub& Gri Miami FL S580071768314882 Card 6916 | | 29.00 | |
| 3/12 | | Purchase authorized on 03/11 Viasat IN-Flight W 888-6496711 CA S460071856862476 Card 6916 | | 12.00 | 4,619.48 |
| 3/13 | | Purchase authorized on 03/12 Fuel Four Englewood NJ S380072453853984 Card 6916 | | 42.88 | |
| 3/13 | | Purchase authorized on 03/13 Shoprite Paramus S1 Paramus NJ P00580073596347249 Card 6916 | | 7.98 | |
| 3/13 | | Purchase authorized on 03/13 Shoprite New Milford S1 New Milford NJ P00460073632873392 Card 6916 | | 113.02 | 4,455.60 |
| 3/16 | | Recurring Payment authorized on 03/13 Apple.Com/Bill 866-712-7753 CA S460073315818909 Card 6916 | | 13.85 | |
| 3/16 | | Purchase authorized on 03/14 Cash App*Matt 8774174551 CA S580074757047067 Card 6916 | | 10.00 | |
| 3/16 | | Purchase authorized on 03/14 Shake Shack 1120 646-747-7200 NJ S300074818888418 Card 6916 | | 58.31 | |
| 3/16 | | Purchase authorized on 03/15 Cash App*Matt 8774174551 CA S460075691498018 Card 6916 | | 10.00 | |
| 3/16 | | Purchase authorized on 03/15 Shoprite Paramus S1 Paramus NJ P00300075774338848 Card 6916 | | 40.61 | 4,322.83 |
| 3/17 | | ATM Check Deposit on 03/17 1 Johnson Ave Hackensack NJ 0007316 ATM ID 6564V Card 6916 | 8,861.39 | | |
| 3/17 | | Purchase authorized on 03/16 Cash App*Matt 8774174551 CA S580076653305064 Card 6916 | | 15.00 | 13,169.22 |




## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 3/18 | | Purchase authorized on 03/17 Cash App*Matt 8774174551 CA S380077605785793 Card 6916 | | 20.00 | |
| 3/18 | | Purchase authorized on 03/17 Cash App*John 8774174551 CA S580077745182954 Card 6916 | | 20.00 | |
| 3/18 | | Purchase authorized on 03/17 McDonald's F463 River Edge NJ S580077776555003 Card 6916 Food. | | 10.83 | |
| 3/18 | | Venmo Payment 3253596605 Louisa Correa Clothes. | | 350.00 | 12,768.39 |
| 3/19 | | Purchase authorized on 03/18 Seafood Gourmet Maywood NJ S580078757123179 Card 6916 Food. | | 37.98 | |
| 3/19 | | Purchase authorized on 03/18 Stew Leonards-Para Paramus NJ S580078790024312 Card 6916 Food | | 170.51 | 12,559.90 |
| 3/20 | | Purchase authorized on 03/19 Cash App*John 8774174551 CA S580079496806101 Card 6916 | | 20.00 | |
| 3/20 | | Purchase authorized on 03/19 Cash App*Savanna C 8774174551 CA S460079848556157 Card 6916 | | 233.00 | |
| 3/20 | 126 | Deposited OR Cashed Check Med West - parcels. | | 1,315.38 | 10,991.52 |
| 3/23 | | Purchase authorized on 03/20 Dunkin #342029 Q35 Cliffside Pk NJ S580080740837341 Card 6916 Food. | | 10.79 | 10,980.73 |
| 3/24 | | Purchase authorized on 03/23 Shoprite Paramus S Paramus NJ S380084043135097 Card 6916 Food | | 51.23 | 10,929.50 |
| 3/25 | | Purchase authorized on 03/24 Cash App*Matt 8774174551 CA S580084661638464 Card 6916 | | 321.00 | |
| 3/25 | | Purchase authorized on 03/24 Cash App*Matt 8774174551 CA S460084782175120 Card 6916 | | 10.00 | |
| 3/25 | | Purchase authorized on 03/24 Cash App*Matt 8774174551 CA S580085073972670 Card 6916 | | 5.00 | |
| 3/25 | | Purchase authorized on 03/24 Cash App*Matt 8774174551 CA S460085075152354 Card 6916 | | 5.00 | 10,588.50 |
| 3/26 | | Purchase authorized on 03/25 Cash App*Matt 8774174551 CA S380085589018560 Card 6916 | | 20.00 | 10,568.50 |
| 3/27 | | Purchase authorized on 03/21 Chewy.Com 800-672-4399 FL S380082216012190 Card 6916 Dog Food. | | 146.87 | |
| 3/27 | | Purchase authorized on 03/26 Cash App*Matt 8774174551 CA S580086699264223 Card 6916 | | 10.00 | |
| 3/27 | 128 | Check gas & electric | | 357.00 | 10,054.63 |
| 3/30 | | Purchase authorized on 03/27 Cash App*Matt 8774174551 CA S460087661239763 Card 6916 | | 45.00 | |
| 3/30 | | Purchase authorized on 03/27 Cash App*Matt 8774174551 CA S580087663919891 Card 6916 | | 5.00 | |
| 3/30 | | Purchase authorized on 03/27 Cash App*Matt 8774174551 CA S460087716425460 Card 6916 | | 5.00 | |
| 3/30 | | Purchase authorized on 03/27 Cash App*Matt 8774174551 CA S580088071449210 Card 6916 | | 15.00 | |
| 3/30 | | Purchase authorized on 03/28 Cash App*Matt 8774174551 CA S380089015525965 Card 6916 | | 20.00 | |
| 3/30 | | Purchase authorized on 03/28 Cash App*Matt 8774174551 CA S580089021544210 Card 6916 | | 5.00 | |
| 3/30 | | Purchase authorized on 03/29 Shoprite Paramus S Paramus NJ S580089505607423 Card 6916 Food | | 163.22 | |
| 3/30 | | Purchase authorized on 03/29 Shoprite Paramus S Paramus NJ S300089506009194 Card 6916 Food | | 8.50 | |
| 3/30 | | Purchase authorized on 03/29 Shoprite Paramus S Paramus NJ S580089506342104 Card 6916 Food | | 14.48 | |
| 3/30 | | Purchase authorized on 03/29 Shoprite Paramus S Paramus NJ S300089509309872 Card 6916 Food | | 6.91 | |
| 3/30 | | Purchase authorized on 03/29 Cash App*Matt 8774174551 CA S580089672772917 Card 6916 | | 25.00 | |
| 3/30 | | Purchase authorized on 03/29 Shoprite Paramus S Paramus NJ S300089836006876 Card 6916 Food. | | 44.62 | |
| 3/30 | | Purchase authorized on 03/29 Cash App*Matt 8774174551 CA S460090071569067 Card 6916 | | 10.00 | |
| 3/30 | 127 | Check Auto. | | 550.00 | 9,136.90 |

WELLS FARGO

Total Dft 2
1324.72

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 3/31 | | Purchase authorized on 03/30 Cash App*Matt 8774174551 CA S580091117840833 Card 6916 | | 25.00 | |
| 3/31 | | Purchase authorized on 03/30 Cash App*Matt 8774174551 CA S380091119633417 Card 6916 | | 5.00 | 9,106.90 |
| **Ending balance on 3/31** | | | | | 9,106.90 |
| **Totals** | | | **$14,685.77** | **$5,922.60** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 126 | 3/20 | 1,315.38 | 127 | 3/30 | 550.00 | 128 | 3/27 | 357.00 |

### Items returned unpaid

| Date | Description | Amount |
|---|---|---|
| 3/5 | Mediterraneantow Checkpaymt 00126 000000000000 Reference # 091000019382296 | 1,315.38 |

### Summary of Overdraft and Returned Item fee(s)

| | Total this statement period | Total year-to-date † |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $35.00 | $35.00 |

† *Year-to-date total reflects fees assessed or reversed since first full statement period of current calendar year.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/01/2020 - 03/31/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $343.73 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $2,524.38 ☑ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 87 ☑ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** ***(applied when box is checked)***

Age of primary account owner is 17 - 24 ($10.00 discount) ☐

RC/RC