**SCURA, WIGFIELD, HEYER,**
**STEVENS & CAMMAROTA, LLP**
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Telephone: 973-696-8391
dstevens@scura.com
David Stevens, Esq.
*Counsel for Debtor*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>   Louisa F. Correa,<br><br>               Debtor. | Chapter 11<br>Case No.  19-31542 VFP<br>Judge: Vincent F. Papalia |

## CERTIFICATION OF LOUISA F. CORREA IN OPPOISTION TO MOTION FOR RELIEF OF STAY SOUGHT BY BAYVIEW LOAN SERVICING, LLC.

I, Louisa F. Correa, do hereby certify the following:

1.      I am the debtor in the captioned matter and make this certification from personal knowledge.

2.      I make this certification in opposition to the motion filed by Bayview Loan Servicing, LLC seeking relief of stay so that it may prosecute a foreclosure action.

3.      The certification of post-petition payments relied upon by the movant fails to account for all payments made.  I did make a payment in February 2020 which is unaccounted for.

4.      While acknowledging that all post -petition payments have not been made, I request a hearing and consideration of the circumstances which resulted in the delinquency.

5.      The District of New Jersey was among those areas with a significant number of identified and projected cases of COVID-19. On March 21, 2020 Gov. Phil Murphy ordered all non-essential retail businesses in New Jersey to close.

6.      I am a dentist and own my own practice.  Dentists were required to close to the public. My inability to make mortgage payments were a direct result of mandatory shut-down of my business.

7.      I anticipate being able to re-open in May, at least on a partial basis.  I expect that I will be able to make May's payment before the return date of this hearing and to cure the remaining delinquency over a six month period.


I hereby certify that the foregoing statements made by me are true.  I am aware that if any of these statements are willfully false, I am subject to punishment.


Dated: May 6, 2020                    /s/      *Louisa F. Correa*
                                      Louisa F. Correa