*April*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF _____

In re _Louisa Correa_

Case No. _19-31542_
Reporting Period: _April/20._

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-1 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | N/A | |
| Copies of bank statements | | | |
| Cash disbursements journals | | N/A | |
| Statement of Operations | | N/A | |
| Balance Sheet | | N/A | |
| Status of Postpetition Taxes | | N/A | |
| Copies of IRS Form 6123 or payment receipt | | N/A | |
| Copies of tax returns filed during reporting period | | N/A | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | N/A | |
| Accounts Receivable Reconciliation and Aging | | N/A | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_Louisa Correa_
Signature of Debtor

Date  _1-30-20_

_____
Signature of Joint Debtor

Date

_____
Signature of Authorized Individual*

Date

_____
Printed Name of Authorized Individual

Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)

*April/20*

In re *Lovisa Correa*
Debtor

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | N/A | |
| + Amounts billed during the period | N/A | |
| - Amounts collected during the period | N/A | |
| Total Accounts Receivable at the end of the reporting period | N/A | |
| | | |

| Accounts Receivable Aging | Amount | |
|---|---|---|
| 0 - 30 days old | N/A | |
| 31 - 60 days old | N/A | |
| 61 - 90 days old | N/A | |
| 91+ days old | N/A | |
| Total Accounts Receivable | N/A | |
| Amount considered uncollectible (Bad Debt) | N/A | |
| Accounts Receivable (Net) | N/A | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | ✓ |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | ✓ |
| 3. Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | ✓ | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | ✓ | |
| 5. Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | ✓ |

*LC 4/30/20*

FORM MOR/5
(04/07)

In re _Louisa Correa_ 
Debtor

Case No. _19-35-12_
Reporting Period: _April/20_

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | —0— | | | | | |
| FICA-Employee | —0— | | | | | |
| FICA-Employer | —0— | | | | | |
| Unemployment | —0— | | | | | |
| Income | —0— | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | —0— | | | | | |
| **State and Local** | | | | | | |
| Withholding | N/A | | | | | |
| Sales | N/A | | | | | |
| Excise | N/A | | | | | |
| Unemployment | N/A | | | | | |
| Real Property | N/A | | | | | |
| Personal Property | N/A | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | —0— | | | | | |
| Wages Payable | —0— | | | | | |
| Taxes Payable | —0— | | | | | |
| Rent/Leases-Building | —0— | | | | | |
| Rent/Leases-Equipment | 872.99 | | | | | 4,364.62 |
| Secured Debt/Adequate Protection Payments | 8,848.87 | | | | | 35,515.94 |
| Professional Fees _Wells Fargo_ | 711.16 | | | | | 2,844.64 |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| **Total Postpetition Debts** | | | | | | 42,724.78 |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

*"Insider" is defined in 11 U.S.C. Section 101(31).

_L.C 4/30/20._

FORM MOR-4
(04/07)

In re: _Louisa Correa_
Debtor

Case No. _19-31542_
Reporting Period _Apr/20_

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
( This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CONT)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 9106.90 | |
| **RECEIPTS** | | |
| Wages (Net) | -0- | 17249.77 |
| Interest and Dividend Income | -0- | -0- |
| Alimony and Child Support | 1324.72 | |
| Social Security and Pension Income | -0- | -0- |
| Sale of Assets | -0- | -0- |
| Other Income (attach schedule) | -0- | -0- |
| **Total Receipts** | 2980.82 (ins. payment for lawn) | 2980.82 / 4304.72 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | -0- | |
| Rental Payment(s) | 1315.38 | |
| Other Secured Note Payments | 711.16 | |
| Utilities | 903 - 316.23 | 1207.38 |
| Insurance | | |
| Auto Expense _Car insurance_ | 496.14 | |
| Lease Payments _Car lease_ | 558 | |
| IRA Contributions | -0- | |
| Repairs and Maintenance | 1008.44 / 3023.07 | |
| Medical Expenses | | |
| Household Expenses | 1001.11 / 1209.37 | |
| Charitable Contributions | -0- | |
| Alimony and Child Support Payments | -0- | |
| Taxes - Real Estate | -0- | |
| Taxes - Personal Property | -0- | |
| Taxes - Other (attach schedule) | -0- | |
| Travel and Entertainment | 31.83 | |
| Gifts | -0- | |
| Other (attach schedule) _Child school_ | -0- | |
| **Total Ordinary Disbursements** | 7959.56 | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | -0- | |
| U. S. Trustee Fees | -0- | |
| Other Reorganization Expenses (attach schedule) | -0- | |
| **Total Reorganization Items** | | |
| **Total Disbursements (Ordinary + Reorganization)** | | |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | | |
| **Cash - End of Month (Must equal reconciled bank statement)** | 5452.88 | |

FORM MOR-1(INDV)
(9/99)

Deposit of $ 2980.82, 4/13 was from a car crash on my front lawn. Money was sent to me for my lawn clean up and repairs.

In re _Louisa Corea_
   Debtor

Case No. _19-31542_
Reporting Period: _April / 20_

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Dog Food | 140.35 | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |

FORM MOR-I (INDV) (CON'T)
(9/99)

_L.C._
_4/30/20_

# Wells Fargo Everyday Checking

April 30, 2020 ■ Page 1 of 5



LOUISA CORREA HUNTER
DEBTOR IN POSSESSION
CH11 CASE #19-31542 (NJ)
372 FOREST AVE
PARAMUS NJ 07652-5518

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**   (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

華語  1-800-288-2288   *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (347)
        P.O. Box 6995
        Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our
company and look forward to continuing to serve you with your financial needs.

### Account options

*A check mark in the box indicates you have these
convenient services with your account(s). Go to
wellsfargo.com or call the number above if you have
questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☑ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☑ |
| Mobile Banking | ☑ | Debit Card | ☑ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

### Activity summary

| | |
|---|---|
| Beginning balance on 4/1 | $9,106.90 |
| Deposits/Additions | 6,549.70 |
| Withdrawals/Subtractions | - 10,223.21 |
| **Ending balance on 4/30** | **$5,433.39** |

Account number

**LOUISA CORREA HUNTER
DEBTOR IN POSSESSION
CH11 CASE #19-31542 (NJ)**

*New Jersey account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements
please call the number listed on your statement or visit your Wells Fargo store.

April 30, 2020 ■ Page 2 of 5



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------|-------------|---------|-----------|---------|
| 4/1 | | RTP From Venmo on 04/01 Ref#20200401021000021P1Brjpm01080034189 | 123.75 | | |
| 4/1 | | RTP From Venmo on 04/01 Ref#20200401021000021P1Brjpm01070034854 | 495.00 | | |
| 4/1 | | RTP From Venmo on 04/01 Ref#20200401021000021P1Brjpm00080033416 | 990.00 | | |
| 4/1 | | Purchase authorized on 03/31 Cash App*Matt 8774174551 CA S300091620880617 Card 6916 | | 20.00 | |
| 4/1 | | Purchase authorized on 03/31 Cash App*Matt 8774174551 CA S380091675595885 Card 6916 | | 5.00 | |
| 4/1 | | Purchase authorized on 03/31 Cash App*Matt 8774174551 CA S580091739530063 Card 6916 | | 10.00 | |
| 4/1 | | Purchase authorized on 03/31 Cash App*Matt 8774174551 CA S580092033816691 Card 6916 | | 20.00 | |
| 4/1 | | Purchase authorized on 03/31 Cash App*Matt 8774174551 CA S460092041460824 Card 6916 | | 3.00 | 10,657.85 |
| 4/2 | | Purchase authorized on 03/31 New Bridge Veterin Bergenfield NJ S460091608785974 Card 6916 | | 103.85 | |
| 4/2 | | Purchase authorized on 04/01 Cash App*Matt 8774174551 CA S380093061057047 Card 6916 | | 123.75 | |
| 4/2 | | Purchase authorized on 04/01 Cash App*Savanna C 8774174551 CA S300093065155210 Card 6916 | | 495.00 | |
| 4/2 | | Purchase authorized on 04/01 Cash App*Savanna C 8774174551 CA S580093066629873 Card 6916 | | 990.00 | 8,945.05 |
| 4/3 | | Purchase authorized on 04/02 Cash App*Ethan Ste 8774174551 CA S300093632997384 Card 6916 | | 5.00 | |
| 4/3 | | Purchase authorized on 04/02 McDonald's F142 Fair Lawn NJ S460093669048507 Card 6916 | | 17.07 | 8,922.98 |
| 4/6 | | Purchase authorized on 04/03 Cash App*Matt 8774174551 CA S580094688937710 Card 6916 | | 13.00 | 8,909.98 |
| 4/7 | | Purchase authorized on 04/05 Shake Shack 1001 646-747-7200 NY S300096724742588 Card 6916 | | 21.91 | 8,888.07 |
| 4/8 | | Purchase authorized on 04/07 Stew Leonards-Para Paramus NJ S580098774332942 Card 6916 | | 154.13 | 8,733.94 |
| 4/10 | | Purchase authorized on 04/08 Apple.Com/Bill 866-712-7753 CA S300100197288817 Card 6916 | | 1.06 | |
| 4/10 | | Recurring Payment authorized on 04/08 Apple.Com/Bill 866-712-7753 CA S300100197289117 Card 6916 | | 14.99 | |
| 4/10 | | Recurring Payment authorized on 04/08 Apple.Com/Bill 866-712-7753 CA S460100197864876 Card 6916 | | 2.99 | |
| 4/10 | | Recurring Payment authorized on 04/09 Apple.Com/Bill 866-712-7753 CA S580100315255647 Card 6916 | | 13.85 | 8,701.05 |
| 4/13 | | ATM Check Deposit on 04/12 1 Johnson Ave Hackensack NJ 0002864 ATM ID 6564V Card 6916 | 2,980.82 | | |
| 4/13 | | Purchase authorized on 04/11 Fuel 4 Paramus Paramus NJ S460102761837511 Card 6916 | | 24.53 | |
| 4/13 | | Purchase authorized on 04/11 Westwood Prime Mea Westwood NJ S580102843772601 Card 6916 | | 81.85 | |
| 4/13 | | Purchase authorized on 04/11 Cash App*Matt 8774174551 CA S300103028657149 Card 6916 | | 20.00 | |
| 4/13 | | Purchase authorized on 04/12 Total Wine and Mor River Edge NJ S380103761458903 Card 6916 | | 59.68 | 11,495.81 |
| 4/16 | ^131 | Pseg Checkpaymt 200416 00131 6630224418 | | 316.23 | 11,179.58 |
| 4/17 | 133 | Check | | 200.00 | |
| 4/17 | ^130 | Verizon Payments 200417 00130 6559715760001 | | 307.38 | 10,672.20 |
| 4/20 | | Purchase authorized on 04/16 The 130 Club Tenafly NJ S580107793911273 Card 6916 | | 159.70 | |
| 4/20 | | Purchase authorized on 04/17 Monat Global Corp 844-696-6828 FL S580109037803016 Card 6916 | | 119.14 | |

April 30, 2020 ▪ Page 3 of 5



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 4/20 | | Purchase authorized on 04/18 Cash App*Matt 8774174551 CA S460110120495069 Card 6916 | | 10.00 | |
| 4/20 | | Purchase authorized on 04/19 Test Innovators 800-280-1857 WA S460110796169662 Card 6916 | | 399.99 | |
| 4/20 | | Purchase authorized on 04/19 Cash App*Matt 8774174551 CA S380111072346859 Card 6916 | | 20.00 | |
| 4/20 | 129 | Check | | 495.14 | 9,468.23 |
| 4/21 | | ATM Check Deposit on 04/21 1 Johnson Ave Hackensack NJ 0004848 ATM ID 6564V Card 6916 | 1,324.72 | | |
| 4/21 | | Purchase authorized on 04/19 Bloomingdales .CO 800-269-6229 OH S300110747716680 Card 6916 | | 149.53 | |
| 4/21 | | Purchase authorized on 04/20 Chewy.Com 800-672-4399 FL S460111671519433 Card 6916 | | 146.87 | |
| 4/21 | | Purchase authorized on 04/20 Sq * 877-417-4551 FL S580111705076845 Card 6916 | | 30.00 | |
| 4/21 | | Purchase authorized on 04/20 Cash App*Matt 8774174551 CA S380112070295218 Card 6916 | | 40.00 | 10,426.55 |
| 4/22 | | Purchase authorized on 04/21 Cash App*Nail Patr 8774174551 CA S580112682105636 Card 6916 | | 50.00 | |
| 4/22 | | Venmo Payment 3383273023 Louisa Correa | | 50.00 | 10,326.55 |
| 4/23 | | Purchase authorized on 04/22 Stew Leonards-Para Paramus NJ S300113576236492 Card 6916 | | 112.48 | |
| 4/23 | | Venmo Payment 3386829431 Louisa Correa | | 100.00 | 10,114.07 |
| 4/24 | | Purchase authorized on 04/22 The Home Depot #09 Paramus NJ S300113543165695 Card 6916 | | 1,287.63 | |
| 4/24 | | Purchase authorized on 04/22 New Bridge Veterin Bergenfield NJ S580113573168544 Card 6916 | | 117.13 | |
| 4/24 | | Purchase authorized on 04/23 Shoprite Paramus S Paramus NJ S380114651655545 Card 6916 | | 36.27 | |
| 4/24 | | Purchase authorized on 04/24 The Home Depot #0904 Paramus NJ P00580115729601015 Card 6916 | | 1,735.44 | 6,937.60 |
| 4/27 | | Purchase Return authorized on 04/24 The Home Depot 904 Paramus NJ S620117543878132 Card 6916 | 605.88 | | |
| 4/27 | | Purchase authorized on 04/27 The Home Depot #0904 Paramus NJ P00380118710745429 Card 6916 | | 57.96 | |
| 4/27 | | Purchase authorized on 04/27 Staples 0039 Paramus NJ P00460118719418179 Card 6916 | | 53.57 | |
| 4/27 | 132 | Check | | 550.00 | |
| 4/27 | ^134 | Mediterraneantow Checkpaymt 00134 000000000000 | | 1,315.38 | 5,566.57 |
| 4/29 | | Purchase authorized on 04/29 Shoprite Paramus S1 Paramus NJ P00460120566815773 Card 6916 | | 95.30 | 5,471.27 |
| 4/30 | | Purchase Return authorized on 04/28 Bloomingdales .CO Mason OH S610121546748318 Card 6916 | 29.53 | | |
| 4/30 | | Purchase authorized on 04/29 Cash App*Matt 8774174551 CA S380120854346050 Card 6916 | | 30.00 | |
| 4/30 | | Purchase authorized on 04/30 Shoprite Paramus S1 Paramus NJ P00580121859202824 Card 6916 | | 37.41 | 5,433.39 |
| Ending balance on 4/30 | | | | | 5,433.39 |
| Totals | | | $6,549.70 | $10,223.21 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

^ *Converted check: Check converted to an electronic format by your payee or designated representative. Checks converted to electronic format cannot be returned, copied or imaged.*

April 30, 2020  ■  Page 4 of 5



**Summary of checks written**   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 129 | 4/20 | 495.14 | 131 | 4/16 | 316.23 | 133 | 4/17 | 200.00 |
| 130 | 4/17 | 307.38 | 132 | 4/27 | 550.00 | 134 | 4/27 | 1,315.38 |

**Summary of Overdraft and Returned Item fee(s)**

| | Total this statement period | Total year-to-date † |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $35.00 |

† *Year-to-date total reflects fees assessed or reversed since first full statement period of current calendar year.*

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/01/2020 - 04/30/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $5,433.39 ☑ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 42 ☑ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

| Age of primary account owner is 17 - 24 ($10.00 discount) | ☐ |
|---|---|

RC/RC

April 30, 2020  ■  Page 5 of 5



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A**  Enter the ending balance on this statement.          $ _____

**B**  List outstanding deposits and other credits to your account that do not appear on this statement. Enter the total in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

+ $ _____

**C**  Add **A** and **B** to calculate the subtotal.     = $ _____

**D**  List outstanding checks, withdrawals, and other debits to your account that do not appear on this statement. Enter the total in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

- $ _____

**E**  Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.

= $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97228-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801      Member FDIC.