Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 19−31542−VFP
        Chapter: 11
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Louisa F. Correa
   aka Louisa Correa Hunter
   372 Forest Ave.
   Paramus, NJ 07652

Social Security No.:
   xxx−xx−7850

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:     10/6/20
Time:    02:00 PM
Location:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, Debtor's Attorney,

COMMISSION OR FEES
$24,092.50

EXPENSES
$405.52

If this is a chapter 13 case, the fees and expenses awarded:

    ☐    will not reduce the amount to be paid to general unsecured
            creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured
            creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: September 10, 2020
JAN:

Jeanne Naughton
Clerk

```
                             United States Bankruptcy Court
                                  District of New Jersey

In re:                                                             Case No. 19-31542-VFP
Louisa F. Correa                                                   Chapter 11
       Debtor
                             CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                Page 1 of 2          Date Rcvd: Sep 10, 2020
                              Form ID: 137               Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 12, 2020.
db             +Louisa F. Correa,    372 Forest Ave.,    Paramus, NJ 07652-5518
aty            +Scura, Wigfield, Heyer, Stevens & Cammarota, LLP,     1599 Hamburg Turnpike,    PO Box 2031,
                 Wayne, NJ   07470,    9 07474-2031
acc            +Gino Mallamaci,    Grosso Office Park,    50 Route 9 North,    Suite 308,
                 Morganville, NJ 07751-1558
cr             +Harry Steinmetz,    c/o Duane Morris LLP,    1037 Raymond Blvd.,    Suite 1800,
                 One Newark Center,    Newark, NJ 07102-5235
518570033      +AFS/AmeriFinancial Solutions, LLC.,     Po Box 65018,    Baltimore, MD 21264-5018
518734735      +Aldridge Pite, LLP,    Gilbert R. Yabes,    4375 Jutland Drive, Suite 200,    P.O. Box 17933,
                 San Diego, CA 92177-7921
518734728      +American Express,    Travel Related Services Company, Inc.,     PO Box 53773,
                 Phoenix, AZ 85072-3773
518636153       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
518570034      +Amex,   Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
518570035      +Aronsohn Weiner & Salerno,    263 Main Street,    Hackensack, NJ 07601-5704
518734729      +BK Servicing, LLC,    Ed Gezel - Agent,    P.O. Box 131265,    Roseville, MN 55113-0011
518570037      +Capital One/Neiman Marcus/Bergdorf Goodm,     Attn: Bankruptcy Dept,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
518570038      +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
518570040     ++++DUANE MORRIS LLP,    STEVEN T. KNIPFELBERG,    ONE RIVERFRONT PLAZA,    1 RIVERFRONT PLZ STE 10,
                 NEWARK NJ   07102-5436
                (address filed with court: Duane Morris LLP,     Steven T. Knipfelberg,    One Riverfront Plaza,
                 1037 Raymond Blvd.,    Newark, NJ 07102)
518734730      +Daimler Trust,    c/o BK Servicing, LLC,    Attn: President/ Vice President / C.E.O,
                 P.O. Box 131265,    Roseville, MN 55113-0011
518602908       Daimler Trust,    c/o BK Servicing, LLC,    PO Box 131265,    Roseville, MN 55113-0011
518570039       Dsnb Bloomingdales,    Attn: Recovery 'Bk',    Po Box 9111,    Mason, OH 45040
518734731      +Fair Square Financial Services LLC,    Attn: President / C.E.O. / Responsible A,
                 1000 N. West Street,    Wilmington, DE 19801-1050
518570041      +Financial Pacific Leasing, Inc.,    3455 South 344th Way, Suite 300,    Federal Way,
                 Federal Way, WA 98001-9546
518570042      +Harry Steinmetz,    188 East 78th St.,    Apt. 24 B,    New York, NY 10075-0573
518570044      +John C Grady, D.A.G.,    Richard J Hughes Justice Complex,    25 Market Street,    P.O. Box 083,
                 Trenton, NJ 08625-0083
518669282      +Metropolitan Life Insurance Company,    Bayview Loan Servicing, LLC,
                 4425 Ponce De Leon Blvd., 5th Floor,    Coral Gables FL 33146-1837
518734737      +State of New Jersey Commissioner,    NJ Department of Banking and Insurance,
                 20 W. State Street,    Trenton, NJ 08608-1206
518570053      +State of New Jersey Division of Taxation,     Compliance & Enforcement - Compliance,
                 50 Barrack Street, 9th Floor,    Trenton, NJ 08695-0001
518622049      +Sunrise Dental Group, PC,    372 Forest Avenue,    Paramus, NJ 07652-5518
518570054      +Wells Fargo Bank,    Attn: Bankruptcy,    Po Box 10335,    Des Moines, IA 50306-0335
518734734       Wells Fargo Bank, N.A.,    Default Document Processing,
                 Judi M. Upchurch-V.P. Loan Documentation,    Eagan, MN 55121-7700
518607487       Wells Fargo Bank, N.A.,    Attn: Default Document Processing,
                 1000 Blue Gentian Road, MAC# N9286-01Y,    Eagan, MN 55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: sbse.cio.bnc.mail@irs.gov Sep 11 2020 01:05:42      Dist Dir of IRS,
                 Insolvency Function,    PO Box 724,    Springfield, NJ  07081-0724
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 11 2020 01:06:12      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 11 2020 01:06:09      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518570036      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 11 2020 01:06:28
                 Bayview Financial Loan,    Attn: Bankruptcy Dept,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, FL 33146-1873
518570046      +E-mail/Text: M74banko@daimler.com Sep 11 2020 01:06:47      Mercedes Benz Financia,
                 P.o. Box 961,    Roanoke, TX 76262-0961
518734732      +E-mail/Text: litigationintake@metlife.com Sep 11 2020 01:06:39      MetLife, Inc.,
                 Attn: Vice President,    200 Park Avenue,    New York, NY 10166-0005
518570049      +E-mail/PDF: pa_dc_claims@navient.com Sep 11 2020 01:12:35      Navient,    Attn: Bankruptcy,
                 Po Box 9640,    Wilkes-Barre, PA 18773-9640
518734733       E-mail/PDF: MerrickBKNotifications@Resurgent.com Sep 11 2020 01:10:42       Ollo Card Services,
                 Attn: President / C.E.O. / Responsible A,    P.O. Box 660371,    Dallas, TX 75266-0371
518660948      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 11 2020 01:12:52      Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518734739      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 11 2020 01:12:52
                 Verizon by American InfoSource,    4515 Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 10
```

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Sep 10, 2020
                              Form ID: 137             Total Noticed: 38


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518570045         John J. Hunter
518570052         State of New Jersey Commissioner,    NJ Department of Banking and Insurance
cr*              +Daimler Trust,    c/o BK Servicing, LLC,    P.O. Box 131265,    Roseville, MN 55113-0011
518652199*        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                   Malvern PA 19355-0701
518570043*       +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
518734736*       +John C Grady, D.A.G.,    Richard J Hughes Justice Complex,    25 Market Street,    P.O. Box 083,
                   Trenton, NJ 08625-0083
518570047*       +Mercedes Benz Financia,    P.o. Box 961,    Roanoke, TX 76262-0961
518570048*       +Mercedes Benz Financia,    P.o. Box 961,    Roanoke, TX 76262-0961
518570050*       +Navient,    Attn: Bankruptcy,    Po Box 9640,    Wilkes-Barre, PA 18773-9640
518570051*       +Navient,    Attn: Bankruptcy,    Po Box 9640,    Wilkes-Barre, PA 18773-9640
518734738*       +Sunrise Dental Group, PC,    372 Forest Ave.,    Paramus, NJ 07652-5518
                                                                                              TOTALS: 2, * 9, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 9, 2020 at the address(es) listed below:
              David L. Stevens    on behalf of Debtor Louisa F. Correa dstevens@scura.com,
               ecfbkfilings@scuramealey.com;lrichard@scura.com;mduran@scura.com;vmajano@scura.com;martinezcr93878@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    Metropolitan Life Insurance Company
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Fran B. Steele    on behalf of U.S. Trustee    U.S. Trustee Fran.B.Steele@usdoj.gov
              Gilbert R Yabes    on behalf of Creditor    Metropolitan Life Insurance Company
               bkecfinbox@aldridgepite.com,   GRY@ecf.courtdrive.com
              Steven T. Knipfelberg    on behalf of Creditor Harry  Steinmetz stknipfelberg@duanemorris.com,
               tjsantorelli@duanemorris.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```