**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**DUANE MORRIS LLP**
Steven T. Knipfelberg, Esq.
One Riverfront Plaza
1037 Raymond Blvd, Suite 1800
Newark, New Jersey 07102
(973) 424-2000 (Telephone)
(973) 424-2001 (Facsimile)
Attorneys for Creditor
Harry Steinmetz

Order Filed on September 24, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

LOUISA F. CORREA,

                Debtor.

Chapter 11

Case No. 19-31542-VFP

Hearing Date: July 21, 2020

Judge: Vincent F. Papalia

## ORDER VACATING AUTOMATIC STAY

    The relief set forth on the following pages, numbered two (2) through three (3) is hereby

**ORDERED**.

**DATED: September 24, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

DM1\11077476.2

Debtor: LOUISA F. CORREA
Case No: 19-31542-VFP
Caption of Order: Order Vacating Automatic Stay

Upon the Motion of Duane Morris LLP, attorneys for Creditor Harry Steinmetz ("Steinmetz"), for relief from the automatic stay as to certain real property as hereinafter set forth pursuant to 11 U.S.C. §§ 362(d), and for good cause shown, it is hereby

**ORDERED** that the automatic stay is vacated to permit Steinmetz to institute, resume, and/or prosecute any case to conclusion in the Court(s) of appropriate jurisdiction, and enforce any orders, judgments, and/or writs stemming therefrom, to pursue any and all of Steinmetz rights in the real property more fully described as: 372 Forest Avenue, Paramus, Bergen County, State of New Jersey, Lot 1, Block 4613 of the Tax Map of Paramus, New Jersey; and it is further

**ORDERED** that Steinmetz, his successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage, judgment, and/or writ and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure; and, additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property; and it is further

**ORDERED** that the movant Steinmetz join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code; and it is

**ORDERED** that in the event the within Bankruptcy proceeding has been dismissed, voluntarily or involuntarily, prior to the return date of this application, the within Bankruptcy proceeding be and the same hereby is reinstated, *nunc pro tunc*, for the limited purpose of the entry of the within Order; and it is further

DM1\11077476.2

Debtor: LOUISA F. CORREA
Case No: 19-31542-VFP
Caption of Order: Order Vacating Automatic Stay

**ORDERED** that Steinmetz shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

DM1\11077476.2