UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**DUANE MORRIS LLP**
Steven T. Knipfelberg, Esq.
One Riverfront Plaza
1037 Raymond Blvd, Suite 1800
Newark, New Jersey 07102
(973) 424-2000 (Telephone)
(973) 424-2001 (Facsimile)
Attorneys for Creditor
Harry Steinmetz

Order Filed on September 24, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

LOUISA F. CORREA,

          Debtor.

Chapter 11

Case No. 19-31542-VFP

Hearing Date: July 21, 2020

Judge: Vincent F. Papalia

**ORDER VACATING AUTOMATIC STAY**

    The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: September 24, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

DM1\11077476.2

Debtor: LOUISA F. CORREA
Case No: 19-31542-VFP
Caption of Order: Order Vacating Automatic Stay

Upon the Motion of Duane Morris LLP, attorneys for Creditor Harry Steinmetz ("Steinmetz"), for relief from the automatic stay as to certain real property as hereinafter set forth pursuant to 11 U.S.C. §§ 362(d), and for good cause shown, it is hereby

**ORDERED** that the automatic stay is vacated to permit Steinmetz to institute, resume, and/or prosecute any case to conclusion in the Court(s) of appropriate jurisdiction, and enforce any orders, judgments, and/or writs stemming therefrom, to pursue any and all of Steinmetz rights in the real property more fully described as: 372 Forest Avenue, Paramus, Bergen County, State of New Jersey, Lot 1, Block 4613 of the Tax Map of Paramus, New Jersey; and it is further

**ORDERED** that Steinmetz, his successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage, judgment, and/or writ and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure; and, additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property; and it is further

**ORDERED** that the movant Steinmetz join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code; and it is

**ORDERED** that in the event the within Bankruptcy proceeding has been dismissed, voluntarily or involuntarily, prior to the return date of this application, the within Bankruptcy proceeding be and the same hereby is reinstated, *nunc pro tunc,* for the limited purpose of the entry of the within Order; and it is further

Debtor: LOUISA F. CORREA
Case No: 19-31542-VFP
Caption of Order: Order Vacating Automatic Stay

**ORDERED** that Steinmetz shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 19-31542-VFP
Louisa F. Correa                                                    Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Sep 24, 2020
                Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2020.
db          +Louisa F. Correa,   372 Forest Ave.,   Paramus, NJ 07652-5518
aty         +Scura, Wigfield, Heyer, Stevens & Cammarota, LLP,   1599 Hamburg Turnpike,   PO Box 2031,
              Wayne, NJ   07470,   9 07474-2031

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2020                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2020 at the address(es) listed below:
      David L. Stevens    on behalf of Debtor Louisa F. Correa dstevens@scura.com,
      ecfbkfilings@scuramealey.com;lrichard@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com
      Denise E. Carlon    on behalf of Creditor    Metropolitan Life Insurance Company
      dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
      Fran B. Steele    on behalf of U.S. Trustee    U.S. Trustee Fran.B.Steele@usdoj.gov
      Gilbert R Yabes    on behalf of Creditor    Metropolitan Life Insurance Company
      bkecfinbox@aldridgepite.com,   GRY@ecf.courtdrive.com
      Steven T. Knipfelberg    on behalf of Creditor Harry  Steinmetz stknipfelberg@duanemorris.com,
      tjsantorelli@duanemorris.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 6