Form 169 − ntccovert

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−31542−VFP
Chapter: 11
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Louisa F. Correa
   aka Louisa Correa Hunter
   372 Forest Ave.
   Paramus, NJ 07652

Social Security No.:
   xxx−xx−7850

Employer's Tax I.D. No.:

## NOTICE OF HEARING
## ON APPLICATION/MOTION TO CONVERT CASE

   An application/motion to convert the above−captioned case from Chapter 11 to Chapter 7, has been filed by Fran B. Steele on behalf of U.S. Trustee..

   Notice is hereby given that the Court will conduct a hearing on this matter to determine the application/motion for conversion before the Honorable Vincent F. Papalia on:

Date:              February 25, 2021
Time:                  10:00 AM
Location:          Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Dated: January 26, 2021
JAN:

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 19-31542-VFP
Louisa F. Correa                                                                                Chapter 11
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3
Date Rcvd: Jan 26, 2021      Form ID: 169      Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2021:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Louisa F. Correa, 372 Forest Ave., Paramus, NJ 07652-5518 |
| aty | + | Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, 1599 Hamburg Turnpike, PO Box 2031, Wayne, NJ 07470, 9 07474-2031 |
| cr | + | Daimler Trust, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| acc | + | Gino Mallamaci, Grosso Office Park, 50 Route 9 North, Suite 308, Morganville, NJ 07751-1558 |
| cr | + | Harry Steinmetz, c/o Duane Morris LLP, 1037 Raymond Blvd., Suite 1800, One Newark Center Newark, NJ 07102-5235 |
| 518570033 | + | AFS/AmeriFinancial Solutions, LLC., Po Box 65018, Baltimore, MD 21264-5018 |
| 518734735 | + | Aldridge Pite, LLP, Gilbert R. Yabes, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 518734728 | + | American Express, Travel Related Services Company, Inc., PO Box 53773, Phoenix, AZ 85072-3773 |
| 518636153 |   | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518570034 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518570035 | + | Aronsohn Weiner & Salerno, 263 Main Street, Hackensack, NJ 07601-5704 |
| 518734729 | + | BK Servicing, LLC, Ed Gezel - Agent, P.O. Box 131265, Roseville, MN 55113-0011 |
| 518570036 | + | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 518570038 | + | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518570039 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Dsnb Bloomingdales, Attn: Recovery 'Bk', Po Box 9111, Mason, OH 45040 |
| 518570040 | ++++ | DUANE MORRIS LLP, STEVEN T. KNIPFELBERG, ONE RIVERFRONT PLAZA, 1 RIVERFRONT PLZ STE 10, NEWARK NJ 07102-5436 address filed with court:, Duane Morris LLP, Steven T. Knipfelberg, One Riverfront Plaza, 1037 Raymond Blvd., Newark, NJ 07102 |
| 518734730 | + | Daimler Trust, c/o BK Servicing, LLC, Attn: President/ Vice President / C.E.O, P.O. Box 131265, Roseville, MN 55113-0011 |
| 518602908 |   | Daimler Trust, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 518734731 | + | Fair Square Financial Services LLC, Attn: President / C.E.O. / Responsible A, 1000 N. West Street, Wilmington, DE 19801-1050 |
| 518570041 | + | Financial Pacific Leasing, Inc., 3455 South 344th Way, Suite 300, Federal Way, Federal Way, WA 98001-9546 |
| 518570042 | + | Harry Steinmetz, 188 East 78th St., Apt. 24 B, New York, NY 10075-0573 |
| 518570044 | + | John C Grady, D.A.G., Richard J Hughes Justice Complex, 25 Market Street, P.O. Box 083, Trenton, NJ 08625-0083 |
| 518669282 | + | Metropolitan Life Insurance Company, Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables FL 33146-1837 |
| 518734737 | + | State of New Jersey Commissioner, NJ Department of Banking and Insurance, 20 W. State Street, Trenton, NJ 08608-1206 |
| 518570053 | + | State of New Jersey Division of Taxation, Compliance & Enforcement - Compliance, 50 Barrack Street, 9th Floor, Trenton, NJ 08695-0001 |
| 518622049 | + | Sunrise Dental Group, PC, 372 Forest Avenue, Paramus, NJ 07652-5518 |
| 518570054 | + | Wells Fargo Bank, Attn: Bankruptcy, Po Box 10335, Des Moines, IA 50306-0335 |
| 518607487 |   | Wells Fargo Bank, N.A., Attn: Default Document Processing, 1000 Blue Gentian Road, MAC# N9286-01Y, Eagan, MN 55121-7700 |
| 518734734 |   | Wells Fargo Bank, N.A., Default Document Processing, Judi M. Upchurch-V.P. Loan Documentation, Eagan, MN 55121-7700 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| smg | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 26 2021 21:54:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | Email/Text: usanj.njbankr@usdoj.gov | Jan 26 2021 21:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 26 2021 21:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518570037 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 26 2021 22:13:35 | Capital One/Neiman Marcus/Bergdorf Goodm, Attn: Bankruptcy Dept, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518570038 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 26 2021 22:13:02 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518570046 | + | Email/Text: M74banko@daimler.com | Jan 26 2021 21:55:00 | Mercedes Benz Financia, P.o. Box 961, Roanoke, TX 76262-0961 |
| 518734732 | + | Email/Text: litigationintake@metlife.com | Jan 26 2021 21:55:00 | MetLife, Inc., Attn: Vice President, 200 Park Avenue, New York, NY 10166-0005 |
| 518986072 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jan 26 2021 21:54:00 | Metropolitan Life Insurance Company, c/o Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1837 |
| 518570049 | + | Email/PDF: pa_dc_claims@navient.com | Jan 26 2021 22:13:03 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 518734733 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 26 2021 22:12:52 | Ollo Card Services, Attn: President / C.E.O. / Responsible A, P.O. Box 660371, Dallas, TX 75266-0371 |
| 518660948 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 26 2021 22:13:09 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518734739 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 26 2021 22:12:30 | Verizon by American InfoSource, 4515 Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518570045 | | John J. Hunter |
| 518570052 | | State of New Jersey Commissioner, NJ Department of Banking and Insurance |
| cr | *+ | Daimler Trust, c/o BK Servicing, LLC, P.O. Box 131265, Roseville, MN 55113-0011 |
| 518652199 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518570043 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518734736 | *+ | John C Grady, D.A.G., Richard J Hughes Justice Complex, 25 Market Street, P.O. Box 083, Trenton, NJ 08625-0083 |
| 518570047 | *+ | Mercedes Benz Financia, P.o. Box 961, Roanoke, TX 76262-0961 |
| 518570048 | *+ | Mercedes Benz Financia, P.o. Box 961, Roanoke, TX 76262-0961 |
| 518986073 | *+ | Metropolitan Life Insurance Company, c/o Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1837 |
| 518570050 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 518570051 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 518734738 | *+ | Sunrise Dental Group, PC, 372 Forest Ave., Paramus, NJ 07652-5518 |

TOTAL: 2 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 26, 2021 | Form ID: 169 | Total Noticed: 40 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2021            Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David L. Stevens | on behalf of Debtor Louisa F. Correa dstevens@scura.com ecfbkfilings@scuramealey.com;lhague@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Metropolitan Life Insurance Company dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Fran B. Steele | on behalf of U.S. Trustee U.S. Trustee Fran.B.Steele@usdoj.gov |
| Gilbert R Yabes | on behalf of Creditor Metropolitan Life Insurance Company bkecfinbox@aldridgepite.com  GRY@ecf.courtdrive.com |
| John R. Morton, Jr. | on behalf of Creditor Daimler Trust ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Steven T. Knipfelberg | on behalf of Creditor Harry Steinmetz stknipfelberg@duanemorris.com  tjsantorelli@duanemorris.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7