Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  19−31542−VFP
Chapter:  11
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Louisa F. Correa
   aka Louisa Correa Hunter
   372 Forest Ave.
   Paramus, NJ 07652

Social Security No.:
   xxx−xx−7850

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/2/21.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: March 2, 2021
JAN: jf

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 19-31542-VFP

Louisa F. Correa                                                                            Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                         User: admin                                   Page 1 of 3
Date Rcvd: Mar 02, 2021                      Form ID: 148                                   Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Louisa F. Correa, 372 Forest Ave., Paramus, NJ 07652-5518 |
| aty | + | Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, 1599 Hamburg Turnpike, PO Box 2031, Wayne, NJ 07470, 9 07474-2031 |
| cr | + | Daimler Trust, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| acc | + | Gino Mallamaci, Grosso Office Park, 50 Route 9 North, Suite 308, Morganville, NJ 07751-1558 |
| cr | + | Harry Steinmetz, c/o Duane Morris LLP, 1037 Raymond Blvd., Suite 1800, One Newark Center Newark, NJ 07102-5235 |
| 518570033 | + | AFS/AmeriFinancial Solutions, LLC., Po Box 65018, Baltimore, MD 21264-5018 |
| 518734735 | + | Aldridge Pite, LLP, Gilbert R. Yabes, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 518570035 | + | Aronsohn Weiner & Salerno, 263 Main Street, Hackensack, NJ 07601-5704 |
| 518734729 | + | BK Servicing, LLC, Ed Gezel - Agent, P.O. Box 131265, Roseville, MN 55113-0011 |
| 518570036 | + | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 518570039 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Dsnb Bloomingdales, Attn: Recovery 'Bk', Po Box 9111, Mason, OH 45040 |
| 518570040 | ++++ | DUANE MORRIS LLP, STEVEN T. KNIPFELBERG, ONE RIVERFRONT PLAZA, 1 RIVERFRONT PLZ STE 10, NEWARK NJ 07102-5436 address filed with court:, Duane Morris LLP, Steven T. Knipfelberg, One Riverfront Plaza, 1037 Raymond Blvd., Newark, NJ 07102 |
| 518734730 | + | Daimler Trust, c/o BK Servicing, LLC, Attn: President/ Vice President / C.E.O, P.O. Box 131265, Roseville, MN 55113-0011 |
| 518602908 | | Daimler Trust, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 518734731 | + | Fair Square Financial Services LLC, Attn: President / C.E.O. / Responsible A, 1000 N. West Street, Wilmington, DE 19801-1050 |
| 518570041 | + | Financial Pacific Leasing, Inc., 3455 South 344th Way, Suite 300, Federal Way, Federal Way, WA 98001-9546 |
| 518570042 | + | Harry Steinmetz, 188 East 78th St., Apt. 24 B, New York, NY 10075-0573 |
| 518570044 | + | John C Grady, D.A.G., Richard J Hughes Justice Complex, 25 Market Street, P.O. Box 083, Trenton, NJ 08625-0083 |
| 518669282 | + | Metropolitan Life Insurance Company, Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables FL 33146-1837 |
| 518986072 | + | Metropolitan Life Insurance Company, c/o Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1837 |
| 518734737 | + | State of New Jersey Commissioner, NJ Department of Banking and Insurance, 20 W. State Street, Trenton, NJ 08608-1206 |
| 518570053 | + | State of New Jersey Division of Taxation, Compliance & Enforcement - Compliance, 50 Barrack Street, 9th Floor, Trenton, NJ 08695-0001 |
| 518622049 | + | Sunrise Dental Group, PC, 372 Forest Avenue, Paramus, NJ 07652-5518 |
| 518734734 | | Wells Fargo Bank, N.A., Default Document Processing, Judi M. Upchurch-V.P. Loan Documentation, Eagan, MN 55121-7700 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: IRS.COM | Mar 03 2021 01:53:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 02 2021 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 02 2021 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518734728 | + | EDI: AMEREXPR.COM | | |

District/off: 0312-2                          User: admin                              Page 2 of 3

Date Rcvd: Mar 02, 2021                       Form ID: 148                        Total Noticed: 40

| | | | Mar 03 2021 01:53:00 | American Express, Travel Related Services Company, Inc., PO Box 53773, Phoenix, AZ 85072-3773 |
|---|---|---|---|---|
| 518636153 | | EDI: BECKLEE.COM | Mar 03 2021 01:53:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518570034 | + | EDI: AMEREXPR.COM | Mar 03 2021 01:53:00 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518570037 | + | EDI: CAPITALONE.COM | Mar 03 2021 01:53:00 | Capital One/Neiman Marcus/Bergdorf Goodm, Attn: Bankruptcy Dept, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518570038 | + | EDI: CITICORP.COM | Mar 03 2021 01:53:00 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518570046 | + | EDI: DAIMLER.COM | Mar 03 2021 01:53:00 | Mercedes Benz Financia, P.o. Box 961, Roanoke, TX 76262-0961 |
| 518734732 | + | Email/Text: litigationintake@metlife.com | Mar 02 2021 20:35:00 | MetLife, Inc., Attn: Vice President, 200 Park Avenue, New York, NY 10166-0005 |
| 518986072 | + | EDI: LCIBAYLN | Mar 03 2021 01:53:00 | Metropolitan Life Insurance Company, c/o Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1837 |
| 518570049 | + | EDI: NAVIENTFKASMSERV.COM | Mar 03 2021 01:53:00 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 518734733 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 02 2021 21:40:44 | Ollo Card Services, Attn: President / C.E.O. / Responsible A, P.O. Box 660371, Dallas, TX 75266-0371 |
| 518660948 | + | EDI: AIS.COM | Mar 03 2021 01:53:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518734739 | + | EDI: AIS.COM | Mar 03 2021 01:53:00 | Verizon by American InfoSource, 4515 Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518570054 | + | EDI: WFFC.COM | Mar 03 2021 01:53:00 | Wells Fargo Bank, Attn: Bankruptcy, Po Box 10335, Des Moines, IA 50306-0335 |
| 518607487 | | EDI: WFFC.COM | Mar 03 2021 01:53:00 | Wells Fargo Bank, N.A., Attn: Default Document Processing, 1000 Blue Gentian Road, MAC# N9286-01Y, Eagan, MN 55121-7700 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518570045 | | John J. Hunter |
| 518570052 | | State of New Jersey Commissioner, NJ Department of Banking and Insurance |
| cr | *+ | Daimler Trust, c/o BK Servicing, LLC, P.O. Box 131265, Roseville, MN 55113-0011 |
| 518652199 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518570043 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518734736 | *+ | John C Grady, D.A.G., Richard J Hughes Justice Complex, 25 Market Street, P.O. Box 083, Trenton, NJ 08625-0083 |
| 518570047 | *+ | Mercedes Benz Financia, P.o. Box 961, Roanoke, TX 76262-0961 |
| 518570048 | *+ | Mercedes Benz Financia, P.o. Box 961, Roanoke, TX 76262-0961 |
| 518986073 | *+ | Metropolitan Life Insurance Company, c/o Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1837 |
| 518570050 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 518570051 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 518734738 | *+ | Sunrise Dental Group, PC, 372 Forest Ave., Paramus, NJ 07652-5518 |

TOTAL: 2 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

District/off: 0312-2                              User: admin                                    Page 3 of 3
Date Rcvd: Mar 02, 2021                          Form ID: 148                                    Total Noticed: 40

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2021                        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| David L. Stevens | on behalf of Debtor Louisa F. Correa dstevens@scura.com ecfbkfilings@scuramealey.com;lhague@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Metropolitan Life Insurance Company dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Fran B. Steele | on behalf of U.S. Trustee U.S. Trustee Fran.B.Steele@usdoj.gov |
| Gilbert R Yabes | on behalf of Creditor Metropolitan Life Insurance Company bkecfinbox@aldridgepite.com  GRY@ecf.courtdrive.com |
| Jamal J Romero | on behalf of Debtor Louisa F. Correa jromero@scura.com rsanchez@scura.com;dstevens@scura.com;lhague@scura.com;ecfbkfilings@scuramealey.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com |
| John R. Morton, Jr. | on behalf of Creditor Daimler Trust ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Steven T. Knipfelberg | on behalf of Creditor Harry Steinmetz stknipfelberg@duanemorris.com  tjsantorelli@duanemorris.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8