|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>UNITED STATES TRUSTEE, REGIONS 3 & 9<br>Fran B. Steele, Esq.<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Fax: (973) 645-5993<br>Fran.B.Steele@usdoj.gov | Order Filed on March 2, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Louisa Correa,<br><br>Debtor. | Chapter 11<br><br>Case No. 19-31542(VFP)<br><br>Hearing Date: February 25, 2021 at 10:00 a. m.<br><br>Judge: Vincent F. Papalia |

## ORDER OF DISMISSAL

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: March 2, 2021**

......

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

(Page 2)
Louisa Correa
Chapter 11 Case No.: 19-31542(VFP)
**Order of Dismissal**

___

Upon consideration of the Motion of the United States Trustee by and through counsel, for an Order Converting the Case to Chapter 7, or Alternatively to Dismiss the Case, pursuant to 11 U.S.C. § 1112(b), and notice of the motion having been given to the Debtor, Debtor's counsel and parties in interest, and the Court having found cause for the entry of the within Order, and the Court having further found that entry of the within Order is in the best interest of creditors and the bankruptcy estate, it is hereby:

**ORDERED** that the chapter 11 case of Louisa Correa, case number 19-31542(VFP), is hereby DISMISSED and any discharge that was granted is vacated. All outstanding fees to the Court that are due and owing must be paid within 7 days of the date of this Order.

Pursuant to Fed. R. Bankr. P. 2002(f), the Clerk shall notify all parties in interest of the entry of this Order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                             Case No. 19-31542-VFP
Louisa F. Correa                                                                          Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2
Date Rcvd: Mar 02, 2021      Form ID: pdf903      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Louisa F. Correa, 372 Forest Ave., Paramus, NJ 07652-5518 |
| aty | + | Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, 1599 Hamburg Turnpike, PO Box 2031, Wayne, NJ 07470, 9 07474-2031 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2021          Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2021 at the address(es) listed below:**

**Name**          **Email Address**

David L. Stevens
     on behalf of Debtor Louisa F. Correa dstevens@scura.com
     ecfbkfilings@scurameley.com;lhague@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com

Denise E. Carlon
     on behalf of Creditor Metropolitan Life Insurance Company dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Fran B. Steele
     on behalf of U.S. Trustee U.S. Trustee Fran.B.Steele@usdoj.gov

Gilbert R Yabes
     on behalf of Creditor Metropolitan Life Insurance Company bkecfinbox@aldridgepite.com GRY@ecf.courtdrive.com

Jamal J Romero
     on behalf of Debtor Louisa F. Correa jromero@scura.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 02, 2021 | Form ID: pdf903 | Total Noticed: 2 |

    rsanchez@scura.com;dstevens@scura.com;lhague@scura.com;ecfbkfilings@scuramealey.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com

John R. Morton, Jr.
    on behalf of Creditor Daimler Trust ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Steven T. Knipfelberg
    on behalf of Creditor Harry Steinmetz stknipfelberg@duanemorris.com  tjsantorelli@duanemorris.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8